IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GUTIERREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SANTA CLARA COUNTY ) <br> DEPARTMENT OF CORRECTIONS ) <br> MEDICAL DEPARTMENT, ) <br> ) <br> Defendant. ) <br> _____ ) | No. C 07-4251 MMC (PR) <br><br> **ORDER GRANTING EXTENSION OF TIME** <br><br> **(Docket No. 8)** |

Good cause appearing, plaintiff's request for a sixty-day extension of time in which to file an amended complaint is GRANTED. The previous deadline for plaintiff to file his amended complaint is hereby extended from January 12, 2008 to March 12, 2008.

This order terminates Docket No. 8.

IT IS SO ORDERED.

DATED: January 11, 2008

_____
MAXINE M. CHESNEY
United States District Judge