EDWARD GUTIERREZ
BGJ774/06083690
150 W. HEDDING ST.
SAN JOSE, CA. 95110.

FILED
FEB 19 PM 1:19

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD GUTIERREZ
  PLAINTIFF,

V.

SANTA CLARA COUNTY
DEPARTMENT OF CORRECTION;
MEDICAL DEPARTMENT;
EDWARD C. FLORES, CHIEF
OF CORRECTIONS, CAPTAIN
D. SEPULVEDA, JAIL COM-
MANDER, C/O WARFIELD #
2642, DR. ALEXANDER
CHYORNY, LORI HORN RN,
DR. JOHN C. LUKRICH,
DR. MARIA JUAREZ-REYES,
DR. ANITA GADDIPATI,
DR. G. VERSALES, et al.,
  DEFENDANTS

NO. C07-4251 MMC (PR)

NOTICE OF MOTION FOR
RELEASE OF DOCUMENTS PURSUANT
TO SUBPOENA DUCES TECUM;
DECLARATION.

DATE:
TIME:
DEPT:

TO: THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEFENDANTS, AND COUNSEL FOR DEFENDANTS.

NOTICE IS HEREBY GIVEN THAT ON _____ AT _____ IN DEPARTMENT _____ OF THE ABOVE-ENTITLED COURT LOCATED AT 450 GOLDEN GATE AVENUE SAN FRANCISCO, CALIFORNIA 94102 THE PLAINTIFF WILL MOVE THE COURT FOR RELEASE RECORDS SUBPOENAED TO COURT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURES RULE: 34, AND 45 AS ALLEGED AND SUPPORTED BY GOOD CAUSE FOR THE PRODUCTION OF SAID RECORDS AS SHOWN BY THE ATTACHED DECLARATION OF PLAINTIFF EDWARD GUTIERREZ, AND OTHER EVIDENCE, ORAL OR DOCUMENTARY, AS MAY BE PRESENTED AT SAID HEARING.

DATE: _____

RESPECTFULLY SUBMITTED

_____
EDWARD GUTIERREZ, PLAINTIFF.

1.

## DECLARATION.

I EDWARD GUTIERREZ, DECLARE THAT:

I AM THE PLAINTIFF, EN PROPRIA PERSONA IN THE ABOVE-ENTITLED CAUSE. SAID ACTION IS A CIVIL PROCEDURE PRO SE, UNDER 42 U.S.C. §1983. THAT THIS DECLARATION IS IN SUPPORT OF THE PLAINTIFF'S MOTION FOR THE RELEASE OF DOCUMENTS. A COPY OF THE SUBPOENA DUCE TECUM IS ATTACHED AS EXHIBIT 1. FOR THE SANTA CLARA COUNTY DEPARTMENT OF CORRECTION MEDICAL DEPARTMENT HEALTH INFORMATION TECHNICIAN.

SUCH RECORDS ARE NECESSARY TO FURTHER PROCEED IN THIS ACTION AS THEY ARE LIKELY TO CONTAIN RELEVANT AND MATERIAL EVIDENCE ON THE ISSUE OF GUILT OR INNOCENCE OF THE DEFENDANT(S) IN THE ABOVE-ENTITLED CASE AND THAT THERE EXISTS GOOD CAUSE FOR THE PRODUCTION OF THE ABOVE RECORDS.

WHEREFORE, I REQUEST THAT SAID RECORDS BE RELEASED TO PLAINTIFF FOR BOTH PARTIES ON.

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING IS TRUE AND CORRECT, AND AS AS TO THOSE MATTERS STATED UPON INFORMATION AND BELIEF I BELIEVE THEM TO BE TRUE AND THAT THIS DECLARATION WAS SIGNED ON _____ AT SAN JOSE CALIFORNIA.

*Edward Gutierrez*
EDWARD GUTIERREZ,
PLAINTIFF.

2.

**EXHIBIT 1**

CASE NO. C07-4251 MMC (PR)
DATE:

DEAR COURT CLERK,

I AM SENDING A SUBPOENA DUCES TECUM IN HOPE THAT YOU CAN FILL IN AN APPOINTED DATE, TIME, AND DEPARTMENT SIGNED AND FILED. AND SEND ME A COPY SO I CAN HAVE AN OFFICER SERVE THIS SUBPOENA TO THE LISTED PARTIES...
PLEASE?

RESPECTFULLY YOURS

EDWARD GUTIERREZ
BGJ774 / 06083690
150 W. HEDDING ST.
SAN JOSE, CA. 95110.

≫AO88 (Rev. 12/07) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT
Northern District of California

EDWARD GUTIERREZ
PLAINTIFF,

V.

SANTA CLARA COUNTY DEPARTMENT
OF CORRECTION MEDICAL DEPT.,
et al.,
DEFENDANT(S).

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] NO. C07-4251 MMC (PR)

TO: ALL DEFENDANT(S) LISTED ON PAGE 1 ABOVE...
ALL SAME ADDRESS: 150 W. HEDDING ST.
SAN JOSE, CA. 95110.

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
ALL DOCUMENTS / RECORDS LISTED ON PAGE 5 OF THE FOLLOWING DECLARATION.

| PLACE U.S. DISTRICT COURT NORTHERN DISTRICT. | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rule of Civil Procedure 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) *[signature]*, PLAINTIFF. | DATE 2/20/08 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER *ALFRED AMISTOSO [signature]* | |

(See Federal Rule of Civil Procedure 45 (c), (d), and (e), on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

3.

EDWARD GUTIERREZ
BGJ774 / 06083690
150 W. HEDDING ST
SAN JOSE, CA. 95110

CASE No. C07-4251 MMC(PR)

LEGAL MAIL

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA.
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102.





94102+3661 C004