PLEASE TAKE NOTICE,

   MY NAME IS EDWARD GUTIERREZ. I AM PRESENTLY IN THE SANTA CLARA COUNTY DEPARTMENT OF CORRECTION. THE FOLLOWING (ENCLOSED) INFORMATION, i.e. GRIEVANCES, REQUEST FORMS, INFRACTION... ARE PROOF OF THE CONTINUED ABUSE OF AUTHORITY BY AN OFFICER; C/O WARFIELD #2642. THE CONTINUOUS INTENTIONAL INFLICTION OF EMOTIONAL AND MENTAL DESTRESS IS DUE TO A CIVIL COMPLAINT NAMING THIS OFFICER AND FOR MY PARTICIPATION IN A SURVEY BY THE U.S. DEPARTMENT OF JUSTICE; C/O WARFIELD WAS WORKING AT THE TIME OF MY PARTICIPATION IN SAID SURVEY. THIS HARASSMENT HAS BEEN GOING ON FOR <u>MANY</u> MONTHS. BUT INCREASED AFTER THE TWO MENTIONED INCIDENTS. ALL OF THE FOLLOWING INFORMATION WILL BE FORWARDED TO: THE U.S. DEPARTMENT OF JUSTICE, THE U.S. DISTRICT COURT, D.O.C. INTERNAL AFFAIRS AND THE CALIFORIA CORRECTIONS STANDARDS AUTHORITY.

   I ASSURE YOU WITH 100% HONESTY THAT ALL OF C/O WARFIELD'S RESPONSES AND/OR ACCUSATIONS ARE NOT TRUE AND I CAN TAKE A LIE DETECTOR TEST WITH NO PROBLEM. I CAN ALSO ASSURE YOU WITH 100% CERTAINTY THAT C/O WARFIELD WILL NOT PASS THIS SAME LIE DETECTOR TEST.

   THIS HARASSMENT IS ALSO INDUCED BY THOSE WHO WISH TO BECOME COMPLICIT IN HIS ILLEGAL ANTICS.

   PLEASE CONDUCT AN INDEPTH INVESTIGATION AND YOU WILL DEFINATELY DISCOVER THAT EVERYTHING I HAVE WRITTEN IN THESE GRIEVANCE ARE TRUE AND CORRECT EVEN TO THE POINT OF PENALTY OF PERJURY. PLEASE LOOK INTO THIS AND ORDER A CHANGE OF VENUE FOR MY CASE TO BE MOVED TO SAN FRANCISCO AS THERE IS NO OTHER WAY TO STOP OR PREVENT FURTHER INFLICTION OF MORE SERIOUS HARASSMENT OR RETALIATION... IT WILL CONTINUE UNTIL SOMETHING SERIOUS HAPPENS; I HAVE SEEN IT OVER, AND OVER AGAIN.

THANK YOU!

RESPECTFULLY

DATE: 2-13-2008

FILED
MAR X 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FOOT NOTE: I DON'T WANT THEM TO PUT NEW CHARGES ON ME BY HIS FELLOW CORRECTIONAL OFFICERS; WHICH WILL BE NEXT...

EDWARD GUTIERREZ, SR.
BGJ774 / 06083690
885 N. SAN PEDRO ST.
SAN JOSE, CA. 95110.

42 USC §1983 CIVIL COMPLAINT

| Main Jail [ ] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | Elmwood [ ] |
| Main Jail South [ ] | **INMATE GRIEVANCE FORM** # 71771 | CCW [ ] |
| North County Jail [ ] | | WRC [ ] |

INMATE'S NAME: EDWARD GUTIERREZ   BOOKING NUMBER: 06083690   HOUSING UNIT: 4B-3-34

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: FOR "PENDING" LEGAL REASONS I NEED THE NAMES OF: THE CHIEF PHYSICIAN AND ALL PHYSICIANS I HAVE SEEN IN THE LAST YEAR, ALSO NEED NAME OF HEAD NURSE. I HAVE A COURT DEAD-LINE OF 1-12-2008 AND NEED THIS INFORMATION. ON 12-28-07 I GAVE NURSE PAULA A MEDICAL REQUEST FORM REQUESTING NAME

WHAT SOLUTION ARE YOU RECOMMENDING?: PLEASE SEND ALL NAMES AND TITLES OF ALL ABOVE NAME

Your Signature: E. Gutierrez   Date: 12/31/07   Time: 8:00 AM

Received from Inmate on:
Day: WEDNESDAY   Date: 1/2/08   Time: 1300   Officer: WARFIELD   Team: B

RESPONDING OFFICER'S STATEMENT (Please print): "WARFIELD LIED AND TOLD ME THAT THERE IS NO CHIEF PHYSICIAN OR HEAD NURSE. E.H.

[ ] Resolved   [X] Refer to Level II

Officer's Name: _____ Team: _____ Date: _____

SUPERVISOR'S ACTION: _____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name: _____ Team: _____ Date: _____

SHIFT LIEUTENANT REVIEW: [ ] Concur   [ ] Reversed _____

SIGNATURE: _____ Date: _____ Time: _____

SUPPORT SERVICE RESPONSE: Unit Assigned: Medical   Date Assigned: _____
Date Due: 01/07/08

Response by: _____ Title: _____ Date: _____ Time: _____

FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur   [ ] Reversed _____

SIGNATURE: _____ Date: _____ Time: _____

RESPONSE RETURNED TO INMATE: Date: _____ Time: _____ By: _____
Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

USO 251183 CASE # C074251

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

Main Jail [ ]   Elmwood [ ]
Main Jail South [ ]   CCW [ ]
North County Jail [ ]   WRC [ ]

# 71856

INMATE'S NAME: EDWARD GUTIERREZ
BOOKING NUMBER: 06083690
HOUSING UNIT: 4B 3 34

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: I NEED THE FOLLOWING NAMES FOR FEDERAL RECOURSE: HEAD DOCTOR OF D.O.C. HEAD-NURSE OF D.O.C. NAMES OF ALL DOCTOR TREATING EDWARD GUTIERREZ IN THE PAST 12 MONTHS. THERE IS A COURT DEAD-LINE FOR THIS INFO. PLEASE RESPOND???

WHAT SOLUTION ARE YOU RECOMMENDING?: PLEASE SEND THE ABOVE NAMES?

Your Signature: [signed]   Date: 1/10/08   Time: 9:00 AM/PM

Received from Inmate on:
Day: FRIDAY   Date: 1/11/08   Time: 1140   Officer: WARFIELD #2647   Team: B

RESPONDING OFFICER'S STATEMENT (Please print): 

COPY

NOT GIVEN RECIEPT. S.Y

[ ] Resolved   [X] Refer to Level II

Officer's Name: _____   Team: ____ Date: __/__/__

SUPERVISOR'S ACTION: _____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name: _____   Team: ____ Date: __/__/__

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: _____   Date: __/__/__ Time: ____

SUPPORT SERVICE RESPONSE: Unit Assigned: Medical   Date Assigned: __/__/__
Date Due: 01/17/08

Response by: _____   Title: _____ Date: __/__/__ Time: ____

FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: _____   Date: __/__/__ Time: ____

RESPONSE RETURNED TO INMATE: Date: __/__/__ Time: ____ By: ____
Distribution:  White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

CIV COMPLAINT CASE # C 07 4251

| | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | |
|---|---|---|
| Main Jail [ ]<br>Main Jail South [ ]<br>North County Jail [ ] | **INMATE GRIEVANCE FORM**<br>#71949 | Elmwood [ ]<br>CCW [ ]<br>WRC [ ] |

| INMATE'S NAME: EDWARD GUTIERREZ | BOOKING NUMBER: 06083690 | HOUSING UNIT: 4B 3 34 |
|---|---|---|

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** ON 1-10-08 I FILED A GRIEVANCE IN RELATION TO A CIVIL COMPLAINT (CASE# C 07 4251) AND A REQUEST FORM FOR DIFFERENT ISSUE. ON 1-11-08 I WAS GIVEN A RECEIPT FOR THE REQUEST FORM BUT NOT THE GRIEVANCE TO CIVIL CASE # C 07 4251. ON 1-12-08 I SUBMITTED ANOTHER GRIEVANCE FOR CIVIL CASE # C07 4251 AND ANOTHER GRIEVANCE FOR TOOTHBRUSHES. ON 1-12-08 RECEIVED RECEIPT FOR GRIEVANCE ON TOOTHBRUSHES BUT NOT THE CIVIL CASE-GRIEVANCE; I ASKED C/O's

**WHAT SOLUTION ARE YOU RECOMMENDING?:** PLEASE SEND RECEIPTS FOR GRIEVANCES OF 1-10-08 & 1-12-08.

Your Signature: _E. Gutierrez_  Date: 1/13/08  Time: 6:30 AM/**PM**

(Do NOT write below this line. Use additional paper if necessary)

Received from Inmate on:
Day: ___ Date: __/__/__ Time: ___ Officer: ___ Team: ___

RESPONDING OFFICER'S STATEMENT (Please print): ___

[ ] Resolved  [ ] Refer to Level II
Officer's Name: ___  Team: ___  Date: __/__/__
SUPERVISOR'S ACTION: ___

[ ] Resolved  [ ] Refer to Level III
Supervisor's Name: ___  Team: ___  Date: __/__/__
SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed ___

SIGNATURE: ___  Date: __/__/__  Time: ___

SUPPORT SERVICE RESPONSE: Unit Assigned: Admin   Date Assigned: __/__/__
Date Due: 01/20/08

attached are copies of grievances submitted and are awaiting a response.    ↑ NOT ALL GRIEVANCES

Response by: Admin  Title: T/C  Date: 01/16/08  Time: ___

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur  [ ] Reversed ___
You must wait for response. (NEED RECEIPT.) E.B.
SIGNATURE: Lt. Hoyt X211  Date: 1/17/08  Time: 2300

RESPONSE RETURNED TO INMATE: Date: 01/22/08  Time: ___  By: ___
Distribution:  White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

(margin note: TMORA 2680 AND WAS ISSUED SEVERAL TIMES FOR RECEIPTS...)

(39)

# SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE FORM

Main Jail [ ]  Elmwood [ ]
Main Jail South [ ]  CCW [ ]
North County Jail [ ]

# 72042

| INMATE'S NAME: | EDWARD GUTIERREZ | BOOKING NUMBER: | 06083690 | HOUSING UNIT: | 4B-3 |

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** ON 1-10-08 I FILED A GRIEVANCE IN REGARDS TO A CIVIL CASE (#C-07-4251) WHICH I NEED INFORMATION FOR. I ALSO SENT A REQUEST FORM (UNRELATED MATTER) ON 1-11-08 I RECEIVED A RECIEPT FOR THE REQUEST FORM, BUT NOT THE GRIEVANCE FOR A CIVIL CASE. ON 1-12-08 I FILED A GRIEVANCE REQUESTING A RECIEPT FOR THE FIRST GRIEVANCE OF 1-10-08 (ON CIVIL CASE INFO.) AND A GRIEVANCE FOR TOOTHBRUSHES. I RECEIVED A RECIEPT FOR THE GRIEVANCE ON THE TOOTHBRUSHES BUT NOT THE GRIEVANCE TO THE TWO (2) GRIEVANCES ON THE INFO. FOR CIVIL CASE. THIS IS THE THIRD GRIEVANCE ON THIS (CIVIL COMPLAINT) ISSUE. THIS DISREGARD FOR THE GRIEVANCE PROCEDURES IS BEING CONDUCTED BY C/O WARFIELD AND IS CONTINUED BY HARRASSMENT, CONSTANT AND PROGRESSIVE.

**WHAT SOLUTION ARE YOU RECOMMENDING?:** SEND RECEIPTS FOR GRIEVANCE OF 1-10-08 AND 1-12-08, 1-13-08 GIVEN TO C/O WARFIELD, 2642... ALL AND THIS ONE TO GO TO CHIEF

Your Signature: [signature]  Date: 1/17/08  Time: 9:00 AM

**Received from Inmate on:**
Day: Sat.  Date: 1/19/08  Time: 1113  Officer: Warfield  Team: B

**RESPONDING OFFICER'S STATEMENT (Please print):** AS stated in previous Grievances. I sign all Grievances and send them through proper channels. I have given all pink slips to Gutierrez. I have no malice toward any inmates including Gutierrez — NOT TRUE — E.G.

[X] Resolved  [ ] Refer to Level II

Officer's Name: Warfield #2642  Team: B  Date: 1/19/08

**SUPERVISOR'S ACTION:** ___

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name: ___  Team: ___  Date: ___

**SHIFT LIEUTENANT REVIEW:** [ ] Concur  [ ] Reversed ___

SIGNATURE: ___  Date: ___  Time: ___

**SUPPORT SERVICE RESPONSE:** Unit Assigned: Admin  Date Assigned: ___
Date Due: 01/23/08

Previous grievance # 71949 dated 01/13/08 - you received copies of submitted grievances. (see attached)

Response by: Admin  Title: ___  Date: 01/23/08  Time: ___

**FACILITY COMMANDER/DESIGNEE REVIEW:** [X] Concur  [ ] Reversed ___

SIGNATURE: ___  Date: 1/23/08  Time: 1200

**RESPONSE RETURNED TO INMATE:** Date: 01/23/08  Time: ___  By: ___

Distribution:  White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

[sideways margin note: OF CORRECTIONS, STANDARDS AUTHORITY, INTERNAL AFFAIRS AND U.S. DEPT. OF JUSTICE.]

CIV COMPLAINT CASE NO. 4251

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

#72031

| | | | |
|---|---|---|---|
| Main Jail [✓] | | | Elmwood [ ] |
| Main Jail South [ ] | | | CCW [ ] |
| North County Jail [ ] | | | WRC [ ] |

INMATE NAME: EDWARD GUTIERREZ
BOOKING NUMBER: 06083690
HOUSING UNIT: 4C 3-39

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: I AM EXPERIENCING A VERY CLEAR AND CONTINUOUS PATTERN OF HARRASSMENT BY C/O WARFIELD B-TEAM. THIS HARRASSMENT IS KNOWN BY HIS SENIOR TRAINING OFFICERS. THE WELL ESTABLISHED PROCEDURES FOR HARRASSMENT OF PRISONERS WHO FILE GRIEVANCES IS AS FOLLOWS: TO MISPLACE GRIEVANCES... I HAVE SEVERAL GRIEVANCES WHICH HAVE NEVER BEEN ANSWERED. 2. WHEN A PRISONER PURSUES THE ISSUE THE GRIEVANCES WILL BE HELD BACK FOR 1 TO 3 MONTHS OR LONGER. IF A PRISONER CONTINUES HE WILL BE LEFT FOR HOURS AT A TIME IN COURT HOLDING CELLS, INTERVIEW ROOMS, VISITING ROOMS, etc. C/O'S WILL ATTEMPT TO INTIMIDATE PRISONERS WITH BAD LOOKS AND/OR COMMENTS. IF A PRISONER CONTINUES IN HIS GRIEVANCE HE IS MOVED FROM CELL TO CELL PARTICULARLY IN A CORNER CELL WHERE HE CAN NOT SEE T.V. OR OTHERS, IF A PRISONER CONTINUES HE IS MADE TO FIGHT WITH OTHER PRISONERS. YOU WILL DISCOVER ALL OF THIS IN A THOROUGH INVESTIGATION.

WHAT SOLUTION ARE YOU RECOMMENDING?: INDEPENDENT AUDITOR OF GRIEVANCE PROCEDURES.

Your Signature: [signature]  Date: 1/17/08  Time: 10:30 AM

(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day: SAT  Date: 1/19/08  Time: 1114  Officer: WARFIELD  Team: B

RESPONDING OFFICER'S STATEMENT (Please print): All grievances that I have received have been signed and put through the proper channels. I have no control over an inmate sitting in a court holding cell. I have never threatened or attempted to intimidate any inmate. I have no malice toward Gutierrez, I have treated him respectfully and professionally at all times.

[X] Resolved  [ ] Refer to Level II    NOT TRUE E.G.
Officer's Name: WARFIELD 262  Team: B  Date: 1/19/08

SUPERVISOR'S ACTION: Inmate Gutierrez, the DOC takes the grievance process very seriously. Grievances are handled in a timely manner. If you have any doubts about your grievances getting to Administration, Please hand them to a Sergeant during

[X] Resolved  [ ] Refer to Level III  BAR AND WINDOW CHECKS. I ASSURE YOU THERE
Supervisor's Name: SGT. RODRIGUEZ #1989  Team: B  Date: 01/24/2008

SHIFT LIEUTENANT REVIEW: [X] Concur  [ ] Reversed  IS NO "WELL ESTABLISHED PROCEDURE" FOR HANDLING INMATES WHO ENTER INTO THE GRIEVANCE PROCESS. THE DOC HAS NO CONTROL OVER THE COURT HOLDING CELLS BUT INMATES ARE PROCESSED BACK INTO THE JAIL AS

SIGNATURE: Lieutenant M. Conner #209  Date: 1/24/08  Time: 1325

SUPPORT SERVICE RESPONSE: Unit Assigned: ___  Date Assigned: __/__/__
Date Due: 01/24/08

SOON AS POSSIBLE. THE GRIEVANCE PROCESS IS A FAIR METHOD FOR ISSUES BETWEEN INMATES AND STAFF TO BE RESOLVED PEACEFULLY. WE STRIVE TO INSURE THIS PROCESS DOES NOT BREAK DOWN. PLEASE CONTACT THE SHIFT SUPERVISOR IF YOU BELIEVE IT HAS. THANK YOU VERY MUCH.

Response by: ___  Title: ___  Date: __/__/__  Time: ___

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur  [ ] Reversed ___

SIGNATURE: Lieutenant M. Conner #209  Date: 1/24/08  Time: 1325

RESPONSE RETURNED TO INMATE: Date: 01/25/08  Time: ___  By: ___
Distribution:  White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

[Margin note, written vertically:] C/O WARFIELD HAS THREATENED TO DESTROY PROPERTY AND LEGAL WORK. THIS IS DONE BY SENDING IT INTO MY CELL AND LEAK THINGS UP TO OTHER OFFICERS OF OTHER TEAMS. I AM WILLING TO TAKE A LIE DETECTOR TEST ON ALL OF THIS. E.G.

FIRST MOVE 1-17-08 COMPLAINT CASE #C0 4251 MMC #72043 39

**SANTA CLARA COUNTY DEPARTMENT OF CORRECTION**
**INMATE GRIEVANCE FORM**

Main Jail North [ ]
Main Jail South [ ]
North County Jail [ ]
Elmwood [ ]
CCW [ ]
WRC [ ]

| INMATE'S NAME: | EDWARD GUTIERREZ | BOOKING NUMBER: | 06083690 | HOUSING UNIT: | 4B-3-39 |

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** ON 1-17-'08 I WAS MOVED FROM 4B-3-34 TO 4B-3-39 FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (HARASSMENT FOR GRIEVANCES AND CIVIL COMPLAINTS) UPPON ENTERING CELL #39 I DISCOVERED WATER BUTTONS ARE IN DISREPAIR AND LIGHT FIXTURE IS BROKEN. ALSO, THERE ARE ALOT OF NAKED PICTURES OF HOMOSEXUALS ON THE OUTSIDE WINDOW WHICH NEED TO BE REMOVED. ALL OF THIS IS FOR HARASSMENT DUE TO MY WRITING

**WHAT SOLUTION ARE YOU RECOMMENDING?:**

Your Signature: E. Gutierrez     Date: 1/17/08   Time: 8:00 AM

Received from Inmate on: Day: SAT  Date: 1/19/08  Time: 1113  Officer: WARFIELD  Team: B

**RESPONDING OFFICER'S STATEMENT:** YOU WERE MOVED DUE TO GANG SIGNS & SIGN LANGUAGE to inmates in other cells/pods. You were warned twice by myself. Cell #39 is a fully functional cell with no pictures on the outside window. I have NO malice toward Gutierrez   "NOT TRUE E.G."

[X] Resolved  [ ] Refer to Level II
Officer's Name: WARFIELD #2642   Team: B   Date: 1/19/08

**SUPERVISOR'S ACTION:** INMATE GUTIERREZ, INMATE MOVES WITHIN THE UNIT MAY BE MADE AT THE OFFICERS DISCRETION FOR THE SMOOTH OPERATION OF THE UNIT. I CAN ASSURE THE MOVE WAS NOT MADE TO INFLICT EMOTIONAL DISTRESS ON YOU OR ANYONE ELSE IN THE UNIT. ALL CELLS ARE PERIODICALLY

[X] Resolved  [ ] Refer to Level III
Supervisor's Name: SGT. RODRIGUEZ #1489   Team: B   Date: 1/24/08

**SHIFT LIEUTENANT REVIEW:** [X] Concur  [ ] Reversed   CHECKED TO INSURE THAT ALL TOILET AND WATER AND LIGHTING CONTROLS ARE FULLY FUNCTIONING. IF THESE CONTROLS DO NOT WORK PLEASE BRING THESE ISSUES TO THE ATTENTION OF THE DORM OFFICERS. THANK YOU FOR YOUR ASSISTANCE IN THESE MATTERS.

SIGNATURE: Lieutenant M. Conner #209   Date: 1/24/08   Time: 1320

**SUPPORT SERVICE RESPONSE:** Unit Assigned: _____   Date Assigned: __/__/__
Date Due: 01/24/08

RETALIATION FOR ATTACHED GRIEVANCES. E.G.    B

Response by: _____   Title: _____   Date: __/__/__   Time: _____

**FACILITY COMMANDER/DESIGNEE REVIEW:** [X] Concur  [ ] Reversed _____

SIGNATURE: Lieutenant M. Conner #209   Date: 1/24/08   Time: 1320

RESPONSE RETURNED TO INMATE: Date: 01/25/08  Time: _____  By: _____
Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

[side margin: FIRST MOVE GRIEVANCES AND A CIVIL COMPLAINT ON WARFIELD, 2642.]

↓ "TEA BAG STRING."

☐ MAIN JAIL ☐ MJS ☐ NCJ
180 W. HEDDING STREET
SAN JOSE, CALIFORNIA 95110

**SANTA CLARA COUNTY
DEPARTMENT OF CORRECTION
INMATE INFRACTION**

☐ ELMWOOD ☐ WDD ☐ WRC
701 S. ABEL STREET
MILPITAS, CALIFORNIA 95035

MAJOR ✓       MINOR ☐

| PRISONER'S NAME | Gutierrez Edward | BOOKING NUMBER: | 06083690 | HOUSING UNIT: CREW: | 4C |

OCCURENCE DAY: 1-24/25-08  DATE: 1-25-08  TIME: 1300  LOCATION: 4B

RULE VIOLATION: Threatening or Challenging staff    RULE#: 2.2
RULE VIOLATION: Defacing of Gov property including issued clothing    RULE#: 2.16
RULE VIOLATION: Failure to treat officers with respect    RULE#: 2.20

COPY EXPLANATION OF CHARGES TO PRISONER ☒    NO. PRIORS:    ASSOCIATED IR #

DETAILS: (Include PLEO, Witnesses, Disposition of Evidence, Immediate Action Taken)    SHIFT SUPERVISOR #:    TEAM: B

On 1-24-08 Gutierrez was informed to "roll it up" he was being re-housed. The previous week upon return from court Gutierrez told me he wanted to fight. He did not care if we pepper sprayed him. He repeatedly stated "Fuck you Warfield" I don't care. I'm facing 140 years! Fuck this place!" This was witnessed by Ofc. Reagan. After this Gutierrez began writing frivolous grievances. Today I got another grievance from Gutierrez. This grievance was bound together with another photo copy of a grievance. They were bound together by pieces of elastic removed from Gutierrez's underwear. See grievance and or video footage of Gutierrez threatening staff.

REPORTING OFFICER: WARFIELD    SIGNATURE: Warfield    BADGE #: 2642

SHIFT SUPERVISOR INTERVIEW    DATE/TIME:    TEAM:

THIS INFRACTION WAS HANDED TO ME WITH RESPONSE AND ATTACHED GRIEVANCE OF 1-21-08 AS RETALIATION FOR THE ATTACHED, AS A WARNING, WAS LATER DROPPED AS FRIVOLOUS.

☐ MAJOR   ☐ MINOR   ☐ INMATE ADVISED THAT ADMISSION OF GUILT MAY RESULT IN DISCIPLINARY ACTION

DISPOSITION:  ☐ GUILTY   ☐ NOT GUILTY   ☐ DISMISSED BY:   SERGEANT:    BADGE #:

PENALTY: ☐ LOSS OF VISIT   ☐ LOSS OF COMMISSARY   ☐ REMOVAL FROM TRUSTY STATUS   ☐ DORM RESTRICTION
OTHER:

FACILITY COMMANDER REVIEW    ☐ CONCUR   ☐ DISMISSED   ☐ OTHER

DATE:

FINAL COPY (PINK) TO PRISONER:   DATE:   BY:   #:

1. WHITE - CLASSIFICATION    3. CANARY - SGT'S CLIPBOARD   5. GOLDENROD - FIRST
2. GREEN - FACILITY COMDR. FILE    4. PINK - PRISONER COPY - SECOND

3074 REV 1/90    FT9 / 440.16

2ND. MOV 1-24-08 1441 COMPLAINT # C-07-4251 (4C) (54)

| Main Jail | [ ] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | Elmwood | [ ] |
| Main Jail South | [ ] | INMATE GRIEVANCE FORM  # 72138 | CCW | [ ] |
| North County Jail | [ ] | | WRC | [ ] |

INMATE'S NAME: EDWARD GUTIERREZ   BOOKING NUMBER: 06083690   HOUSING UNIT: 3C-3-39

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: PLEASE SEE ATTACHED COPY OF GRIEVANCE...(1-21-'08) NOT SATISFIED WITH INFORMAL LEVEL, ALL OF THE ISSUES CAN BE PROVEN. ALSO, C/O WARFIELD (DID NOT SEND ME A RESPONSE TO GRIEVANCE ABOUT CELL MOVE.) INCIDENTLY ON 1-24-'08 I WAS MOVED TO ANOTHER CELL IN RESPONSE TO THE ATTACHED GRIEVANCE. WARFIELD ALSO DESTROYED PERSONAL PROPERTY AND THREW THINGS

WHAT SOLUTION ARE YOU RECOMMENDING?: REQUEST 2nd LEVEL RESPONSE FOR COURT.

Your Signature: E. Gutierrez   Date: 1/25/08   Time: 9:30 AM

Received from Inmate on:
Day: FRI  Date: 1/25/08  Time: 0936  Officer: WARFIELD  Team: B

RESPONDING OFFICER'S STATEMENT (Please print) Sgt. Rodriguez #148 supervised window and bar checks. All inmates are treated professionaly at all times. Sgt. Rodriguez also witnessed the pink slips returned to Gutierrez, Gutierrez continues to lie and make false accusations. No cells were "trashed." There is no malace toward Gutierrez

[X] Resolved   [ ] Refer to Level II   NOT TRUE → E.G.
Officer's Name: Warfield #2642   Team: B   Date: 1/25/08

SUPERVISOR'S ACTION: Concur

[X] Resolved   [ ] Refer to Level III
Supervisor's Name: SGT MOLIN 321   Team: B   Date: 1/30/08

SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed  I personally had you moved to 4C from 4B. Officer Warfield is assigned to 4B your contact w/ him should be minimal.

SIGNATURE: LT. CONNELL #207   Date: 1/30/08   Time: 0756

SUPPORT SERVICE RESPONSE: Unit Assigned: ____   Date Assigned: __/__/__
Date Due: 02/04/08

SECOND MOVE.  B

Response by: ____  Title: ____  Date: __/__/__  Time: ____

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur  [ ] Reversed

SIGNATURE: LT CONNELL #207   Date: 1/30/08   Time: 0756

RESPONSE RETURNED TO INMATE: Date: 01/30/08  Time: ____  By: ____
Distribution: White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)
6885 REV 7/92

[Margin note, right side, vertical:] TOLD INMATES THAT THEIR CELL GOT TRASHED BECAUSE OF MY GRIEVANCE

KEEP ee FORMS FROM 30 UNIT 20-00 @ 12:00 A.M.
SUPPLEMENTAL CIVIL COMPLAIN #C-07-4251.

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE FORM

Main Jail [ ]  
Main Jail South [ ]  
North County Jail [ ]  
Elmwood [ ]  
CCW [ ]  
WRC [ ]

| INMATE'S NAME: EDWARD GUTIERREZ | BOOKING NUMBER: 06083690 | HOUSING UNIT: 4B-3-39 |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: I AM EXPERIENCING AN ON GOING PROVOCATION BY C/O WARFIELD BDG. #2642 BY WAY OF EXTREME DISRESPECT... THIS HAS BEEN GOING ON FOR APPROXIMATELY 8 TO 10 MONTHS. THIS HARASSMENT HAS CONTINUED DESPITE MY PLEADINGS FOR RESPECT, AND POINT OUT THAT I GO OUT OF MY WAY TO SHOW WARFIELD AND MORA RESPECT BUT THEY KEEP DISRESPECTING ME—FOR NO REASON WHATSOEVER—. THIS HARASSMENT IS AS FOLLOWS: C/O WARFIELD HAS THROWN MY DINNER ON THE FLOOR, HAS TAKEN MY FOOD FOR OTHER INMATES, HE HAS CUT MY HOUR PROGRAM SHORT (SEVERAL TIMES) AND ATTEMPTED TO SEND IN OFFICERS TO MACE (PEPPER SPRAY) ME AND I DON'T EVEN KNOW WHAT IS GOING ON AT THE TIME, C/O WARFIELD IGNORES ME WHEN I ASK FOR: SOAP, LEGAL REQUEST FORMS, GRIEVANCE, etc. C/O WARFIELD SHUTS OFF CONTROL PANEL AND GOES TO SLEEP REFUSING TO PASS OUT LEGAL MATERIAL FROM LAW LIBRARY. ON 1-16-08 THE A.M. NURSE GAVE C/O WARFIELD MY MEDICATION (FOR COURT)

WHAT SOLUTION ARE YOU RECOMMENDING?: See PAGE 3.

Your Signature: *[signature]*    Date: 1/21/08    Time: 8:00 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

Received from Inmate on:
Day:_____ Date:___/___/___ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print): _____

[ ] Resolved   [ ] Refer to Level II

Officer's Name: _____ Team: ____ Date: ___/___/___

SUPERVISOR'S ACTION: _____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name: _____ Team: ____ Date: ___/___/___

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: _____ Date: ___/___/___ Time: _____

SUPPORT SERVICE RESPONSE: Unit Assigned: _____ Date Assigned: ___/___/___
Date Due: ___/___/___

Response by: _____ Title: _____ Date: ___/___/___ Time: _____

FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: _____ Date: ___/___/___ Time: _____

RESPONSE RETURNED TO INMATE: Date: ___/___/___ Time: _____ By: _____

Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)
6985 REV 7/92

Main Jail [ ]　　　　SANTA CLARA COUNTY DEPARTMENT OF CORRECTION　　　　Elmwood [ ]
Main Jail South [ ]　　　　　　　　　INMATE GRIEVANCE FORM　　　　　　　　　　　CCW [ ]
North County Jail [ ]　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WRC [ ]

| INMATE'S NAME: EDWARD GUTIERREZ | BOOKING NUMBER: 06083690 | HOUSING UNIT: 4B-3-39 |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: C/O WARFIELD THREW IT AWAY. HE HAS THREATENED TO TEAR UP MY CELL, i.e. DESTROY PERSONAL AND LEGAL MATERIAL; DESPITE MY PRO PER STATUS. HE HAS THREATENED TO PUT ME IN BAD STANDING WITH OTHER INMATES (TO FIGHT). ON 1-17-08 HE MOVED ME FROM ONE CELL TO ANOTHER FOR NO REASON; OTHER THAN HARASSMENT. ON 1-18-08 HE REFUSED TO ALLOW ME ACCESS TO THE PRO PER PHONE WHILE SITTING AROUND ALL DAY FOR HOURS, (SEVERAL WITNESSED THIS). HE ALSO DESTROYED THE GRIEVANCE WHICH I USED TO REQUEST PRO PER PHONE CALL. WHEN I AM ASLEEP HE SHINES HIS FLASHLIGHT IN MY FACE, DOWN BY BODY AND UP TO MY FACE AGAIN. I AM AWARE OF THE TRAINING C/O'S GET ON ASSERTIVE AND PSYCHOLOGICAL CONTROL OF: LARGE GROUPS, VIOLENT OR MENTALLY ILL INMATES... I KNOW THAT C/O WARFIELD'S BEHAVIOR IS NOT INDICATIVE OF ASSERTIVE CONTROL OR ANY OTHER TRAINING; OTHER THAN

WHAT SOLUTION ARE YOU RECOMMENDING?: SEE PAGE THREE.

Your Signature: E. Gutierrez　　　Date: 1/21/08　　Time: 8:00 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)
*******************************************************************************

Received from Inmate on:
Day:_____ Date:___/___/___ Time:_____ Officer:_____ Team:_____

RESPONDING OFFICER'S STATEMENT (Please print): _____
_____
_____
_____

[ ] Resolved  [ ] Refer to Level II

Officer's Name: _____ Team: _____ Date: ___/___/___
*******************************************************************************
SUPERVISOR'S ACTION: _____
_____
_____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name: _____ Team: _____ Date: ___/___/___
*******************************************************************************
SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed _____
_____
_____

SIGNATURE: _____ Date: ___/___/___ Time: _____
*******************************************************************************
SUPPORT SERVICE RESPONSE: Unit Assigned: _____ Date Assigned: ___/___/___
Date Due: ___/___/___
_____
_____

Response by: _____ Title: _____ Date: ___/___/___ Time: _____
*******************************************************************************
FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur  [ ] Reversed _____

SIGNATURE: _____ Date: ___/___/___ Time: _____
*******************************************************************************
RESPONSE RETURNED TO INMATE: Date:___/___/___ Time:_____ By:_____
Distribution:  White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

Main Jail [ ]     S. A CLARA COUNTY DEPARTMENT OF COR_CTION    Elmwood [ ]
Main Jail South [ ]    **INMATE GRIEVANCE FORM**    CCW [ ]
North County Jail [ ]     WRC [ ]

| INMATE'S NAME: | EDWARD GUTIERREZ | BOOKING NUMBER: | 06083690 | HOUSING UNIT: | 4B-3-39 |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: "HATE CRIME" MENTALITY INSTIGATED BY HIS SENIOR TRAINING OFFICER. I HAVE WITNESSED C/O WARFIELD ASSAULT POOR MEXICAN AND MENTALLY ILL INMATES... HIS NEXT MOVE WILL BE TO DO THE SAME TO ME; SUCH A MISTAKE WILL NOT BE TOLERATED... HAVE HIM PRACTICE HIS AMERICAN MARTIAL ARTS ON SOMEONE ELSE, I AM IN THIS JAIL TO FIGHT A CASE NOT TO BE PUNISHED.

WHAT SOLUTION ARE YOU RECOMMENDING?: PLEASE ADVISE THIS OFFICER TO CEASE AND DESIST THIS INTENTIONAL INFLICTION OF EMOTIONAL AND MENTAL DISTRESS

Your Signature: E. Gutierrez  Date: 1/21/08  Time: 8:00 AM/PM

Received from Inmate on: Day: THURS  Date: 1/24/08  Time: 1143  Officer: BY WARFIELD  Team: B

RESPONDING OFFICER'S STATEMENT (Please print): THIS ENTIRE GRIEVANCE IS FICTION EXCEPT ABOUT HIS CELL MOVE WHICH WAS ADDRESSED IN A PREVIOUS GRIEVANCE

NOT TRUE ↑

[X] Resolved  [ ] Refer to Level II
Officer's Name: RESPONSE BY WARFIELD  Team: B  Date: 1/24/08

SUPERVISOR'S ACTION: HANDED ME AN INFRACTION WITH THIS RESPONSE THE ABOVE WAS C/O WARFIELD'S RESPONSE.

[ ] Resolved  [ ] Refer to Level III
Supervisor's Name: _____ Team: ___ Date: __/__/__

SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed  I SENT THIS GRIEVANCE TO GET COPIED (WITH HIS RESPONSE) AND IT WAS NEVER RETURNED.

SIGNATURE: _____  Date: __/__/__  Time: ___

SUPPORT SERVICE RESPONSE: Unit Assigned: _____  Date Assigned: __/__/__
Date Due: __/__/__

Response by: _____  Title: _____  Date: __/__/__  Time: ___

FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur  [ ] Reversed _____

SIGNATURE: _____  Date: __/__/__  Time: ___

RESPONSE RETURNED TO INMATE: Date: __/__/__  Time: ___  By: ___
Distribution: White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

# INMATE REQUEST FORM (39)

C-07-425 YC

**INMATE NAME:** E. GUTIERREZ    **DATE** 1-25-'08
**CEN:** 06083690    **PFN:** B69774    **HOUSING UNIT:** YC 3 39

## 1. CONTACT REQUEST: OUTSIDE AGENCY

☐ DISTRICT ATTORNEY  ☐ PUBLIC DEFENDER  ☐ ADULT PROBATION  ☐ STATE PAROLE  ☐ OTHER SPECIFY: ____

**NATURE OF REQUEST** RETALIATION BY C/O WARFIELD —
E.M.

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☒ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☐ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☐ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☐ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

**NATURE OF REQUEST:** ON 1-24-08 MY CARDBOARD BRIEFCASE WAS RIPPED DURING A SEARCH; CAN I HAVE IT REPLACED?

## 3. ACTION TAKEN/RESPONSE

☒ RESPONSE BELOW    ☒ REQUEST FORWARDED OUTSIDE FACILITY    ☒ REQUEST DENIED SEE EXPLANATION    ☐ CANNOT BE ACTED ON AT THIS TIME.

☐ PREVIOUS REQUEST IN PROGRESS

**EXPLANATION/RESPONSE:** The DOC does not provide supplies (briefcase) to Federal Proper inmates.

**OFFICER SIGNATURE:** [signature]    **BADGE #** 2544    **DATE** 1-25-08    **TIME** 1955

ORIGINAL-RECORD FILE    CANARY-RETURN TO INMATE AFTER ACTION    PINK-RETURNED TO INMATE

# INMATE REQUEST FOR..

INMATE NAME: EDWARD GUTIERREZ          DATE: 1-28-'08
CEN: 06083690    PFN: BGJ774    HOUSING UNIT: 4C-3-39

## 1. CONTACT REQUEST: OUTSIDE AGENCY

☐ DISTRICT ATTORNEY  ☐ PUBLIC DEFENDER  ☐ ADULT PROBATION  ☐ STATE PAROLE  ☐ OTHER SPECIFY:

NATURE OF REQUEST: RETALIATION FOR GRIEVANCES. E.G.

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☐ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☐ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☐ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☒ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

NATURE OF REQUEST: I AM UNABLE TO SHAVE FOR TRIAL, THE MIRROR IN 4C-3-39 IS COMPLETELY OBSCURE. CAN YOU PLEASE PUT IN A "WORK-ORDER" TO HAVE IT REPLACED.

## 3. ACTION TAKEN/RESPONSE

☒ RESPONSE BELOW  ☐ REQUEST FORWARDED OUTSIDE FACILITY  ☐ REQUEST DENIED SEE EXPLANATION  ☐ CANNOT BE ACTED ON AT THIS TIME.

☐ PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE: Forward to Operations

OFFICER SIGNATURE: _____  BADGE # 2626  DATE 1/28/08  TIME 1138

ORIGINAL-RECORD FILE    CANARY-RETURN TO INMATE AFTER ACTION    PINK-RETURNED TO INMATE

3623 REV 4/89                                                         808.00

# INMATE REQUEST FOR: 4C

**INMATE NAME:** E. GUTIERREZ  **DATE** 1-30-08
**CEN:** 06083690  **PFN:** BGJ774  **HOUSING UNIT:** 4C-3-39

## 1. CONTACT REQUEST: OUTSIDE AGENCY

☐ DISTRICT ATTORNEY  ☐ PUBLIC DEFENDER  ☐ ADULT PROBATION  ☐ STATE PAROLE  ☐ OTHER SPECIFY: ___

**NATURE OF REQUEST:** ___

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☐ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☐ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☐ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☐ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

**NATURE OF REQUEST:** BOTTUM VENT NOT WORKING VERY HUMID IN HERE.

## 3. ACTION TAKEN/RESPONSE

☑ RESPONSE BELOW  ☐ REQUEST FORWARDED OUTSIDE FACILITY  ☐ REQUEST DENIED SEE EXPLANATION  ☐ CANNOT BE ACTED ON AT THIS TIME.

☐ PREVIOUS REQUEST IN PROGRESS

**EXPLANATION/RESPONSE:** ~~Forwarded to~~ OPERATIONS HAS BEEN NOTIFIED

**OFFICER SIGNATURE:** [signature]  **BADGE #** 2646  **DATE** 01/30/06  **TIME** 1770

ORIGINAL-RECORD FILE   CANARY-RETURN TO INMATE AFTER ACTION   PINK-RETURNED TO INMATE

3823 REV 4/89   808:00

CIVIL COMPLAINT # C 07 4251

| | | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | |
|---|---|---|---|
| Main Jail | [ ] | **INMATE GRIEVANCE FORM** #72028 | Elmwood [ ] |
| Main Jail South | [ ] | | CCW [ ] |
| North County Jail | [ ] | | WRC [ ] |

| INMATE'S NAME: | EDWARD GUTIERREZ | BOOKING NUMBER: | 06083690 | HOUSING UNIT: | 4C 39 |
|---|---|---|---|---|---|

**DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!:** ON 1-16-08 I WAS ESCORTED BACK FROM COURT; FEMALE C/O AT 4th FLOOR CONTROL ASKED C/O WARFIELD TO TAKE ME BACK TO MY CELL C/O WARFIELD REFUSED. C/O AT CONTROL PLEADED WITH C/O WARFIELD TO TAKE ME BACK, AS SHE HAD SIX MORE COMING BACK FROM COURT. C/O WARFIED REFUSED, STOOD AROUND TALKING TO HIS PARTNER THEN PASSED BY MY HOLDING CELL SIX TIMES TO MAKE SURE I WAS AWARE OF HIS PRESENCE.

**WHAT SOLUTION ARE YOU RECOMMENDING?:** PLEASE ADVISE C/O WARFIELD OF THE INMATE RULE BOOK PAGE 3 FIRST RIGHT, AND FUTURE HARASSMENT.

Your Signature: E. Gutierrez   Date: 1/19/08  Time: 8:00 AM

(Do NOT write below this line. Use additional sheets if necessary)
*********************************************************

Received from Inmate on:
Day: SATURDAY Date: 1/19/08 Time: 1113 Officer: WARFIELD Team: B

**RESPONDING OFFICER'S STATEMENT (Please print):** This is a NON Grievable Issue, Inmates returning from anywhere must be cleared by the Dorm officer. Due to setting up for chow Gutierrez was made to wait while another "out alone" inmate was performing a "water run." I finished feeding and immediatly returned Gutierrez to his cell.

[X] Resolved  [ ] Refer to Level II

Officer's Name: Warfield  2642  Team: B  Date: 1/19/08
*********************************************************

**SUPERVISOR'S ACTION:** Inmate Gutierrez, it may seem that officers are taking matters personally but I assure they are not. Officer Warfield and other officers have many tasks that they need to perform in order, that you may not be aware of.

[X] Resolved  [ ] Refer to Level III  IT MAY SEEM THAT YOU ARE BEING IGNORED BUT

Supervisor's Name: SGT. RODRIGUEZ #1489  Team: B  Date: 01/24/08
*********************************************************

**SHIFT LIEUTENANT REVIEW:** [X] Concur  [ ] Reversed  IN REALITY, YOUR TURN HAS NOT COME UP YET OR OTHER TASKS NEED TO BE FINISHED before officers can get to you. AFTER A long DAY IN COURT IT MAY SEEM LIKE THE officers ARE IGNORING YOU BUT THEY

SIGNATURE: Lieutenant M. Conner # 209  Date: 1/24/08  Time: 1326
*********************************************************

**SUPPORT SERVICE RESPONSE:** Unit Assigned: _____  Date Assigned: __/__/__
Date Due: 01/24/08

WISH TO HAVE YOU HOUSED AS SOON AS POSSIBLE TOO. THANK YOU FOR YOUR PATIENCE AND UNDERSTANDING IN THESE MATTERS.

Response by: _____  Title: _____  Date: __/__/__  Time: _____
*********************************************************

**FACILITY COMMANDER/DESIGNEE REVIEW:** [X] Concur  [ ] Reversed

INTENTIONAL HARASSMENT  E.G.

SIGNATURE: Lieutenant M. Conner # 209  Date: 1/24/08  Time: 1326
*********************************************************

RESPONSE RETURNED TO INMATE: Date: 01/25/10  Time: _____  By: _____
Distribution:  White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

[Margin notes:] 30 minutes later I saw WARFIELD served DINNER - CHECK LOG BOOK THIS IS NO DOUBT RETALIATION / HARASSMENT FOR FORMER GRIEVANCES ON HIM

CIVIL COMPLAINT CASE # C 07 4251

(3A)

Main Jail [ ]
Main Jail South [ ]
North County Jail [ ]

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

# 72049

Elmwood [ ]
CCW [ ]
WRC [ ]

| INMATE'S NAME: EDWARD GUTIERREZ | BOOKING NUMBER: 06083690 | HOUSING UNIT: 4B - 3 - 39 |
|---|---|---|

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: ON 1-22-'08 I WENT TO 9:30 A.M. PILL CALL. NURSE PAULA ADVISED ME THAT THERE WAS NO ORDER FOR BUPROPION. SHE ALSO STATED THAT THERE IS NO RECORD OF DISCONTINUED MEDICATION. I HAVE BEEN TAKING BUPROPION FOR SIX TO 8 MONTHS. NURSE PAULA KNOWS ALOT ABOUT THE MEDICAL DEPARTMENT IF SHE SAYS THERE'S NO RECORD THEN THERE

WHAT SOLUTION ARE YOU RECOMMENDING?: PLEASE RETURN PINK COPY FOR COURT RECORDS.

Your Signature: [signature] Date: 1 / 22 / 08 Time: 1:30 AM/PM

(Do NOT write below this line. Use additional sheets if necessary)

**************************************************************

Received from Inmate on:
Day: TUES Date: 01/22/08 Time: 1540 Officer: Johnson #1597 Team: A

RESPONDING OFFICER'S STATEMENT (Please print): CANNOT RESOLVE AT THIS LEVEL. REFER TO MEDICAL.

JAN 25 2008 AM 9:06

[ ] Resolved [X] Refer to Level II

Officer's Name: ______ Team: ____ Date: ___/___/___

**************************************************************

SUPERVISOR'S ACTION:

[ ] Resolved [ ] Refer to Level III

Supervisor's Name: ______ Team: ____ Date: ___/___/___

**************************************************************

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

SIGNATURE: ______ Date: ___/___/___ Time: ____

**************************************************************

SUPPORT SERVICE RESPONSE: Unit Assigned: Medical Date Assigned: ___/___/___
Date Due: 01/29/08

The previous order was complete & the Dr renewed the order on 1-25-08. Chart why the nurse did not give you the medication. The request was on chart check

Response by: [signature] Title: Shift Super Date: ___/___/___ Time: ____

**************************************************************

FACILITY COMMANDER/DESIGNEE REVIEW: [✓] Concur [ ] Reversed

SIGNATURE: H. Hornickel Date: 1/31/08 Time: 2300

**************************************************************

RESPONSE RETURNED TO INMATE: Date: 02/01/08 Time: ____ By: [initials]

Distribution: White-Administration Canary-Inmate (Final Disposition) Pink-Inmate (Initial Receipt)

6885 REV 7/92

Edward Gutierrez
BGJ774  06083690
85 North San Pedro
San Jose, CA 95110

No. C07-4251 MMC(PR)

Office of the Clerk
US District Court
450 Golden Gate Ave.
San Francisco, CA 94102
Attn: Honorable Maxine Chesney




SAN JOSE CA
FEB 29 08

U.S. POSTAGE
$01.31
H METER 713178