

RECEIVED
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3

EDWARD GUTIERREZ,
PLAINTIFF,

4       V.

CASE NUMBER: CV07-04251 MMC
CERTIFICATE OF SERVICE.
AMENDED COMPLAINT.

5
6       SANTA CLARA COUNTY,
        DR. ALEXANDER CHYORNY,
7               et al,
                DEFENDANT(S).

8

9   I, THE UNDERSIGNED, HEREBY CERTIFY THAT I  AM
10  THE PLAINTIFF, IN THE SANTA CLARA COUNTY  DEPARTMENT
11  OF CORRECTION, IN SAN JOSE CALIFORNIA.

12
13  THAT ON MARCH,  . 2008, I SERVED A TRUE AND
14  CORRECT COPY (IES) OF THE ATTACHED, BY PLACING
15  SAID COPY(IES) IN A POSTAGE PAID ENVELOPE ADD-
16  RESSED TO THE PERSON(S) HEREINAFTER LISTED, BY
17  DEPOSITING SAID ENVELOPE IN THE U.S. MAIL, OR BY
18  PLACING SAID COPY(IES) INTO THE HANDS OF A
19  SANTA CLARA COUNTY D.O.C. LEGAL COORDINATOR.

        CLERK, U.S. DISTRICT COURT
20      NORTHERN DISTRICT OF CALIFORNIA
        450 GOLDEN GATE AVE.
21      SAN FRANCISCO, CA.
                94102

22
23
    SERVED ON:
24  SIGNATURE OF SERVED_____ DATE:_____

25
26  SERVED BY: _____ DATE: _____
27      EDWARD GUTIERREZ    PLAINTIFF.
        06083690/ BGJ774
28      885 N. SAN PEDRO ST.
        SAN JOSE, CA. 95110.

DEAR CLERK, U.S. DISTRICT COURT,

WILL YOU PLEASE SIGN AND

RETURN, TO ME, THIS CERTIF-

ICATE OF SERVICE...

P.S. PROOF OF SERVICE NEEDED
TO CONTINUE LEGAL RESEARCH. THANK YOU!

DATE: 3-  -2008

EDWARD GUTIERREZ
06083690 - BGJ774
885 N. SAN PEDRO ST.
SAN JOSE, CA. 95110.
CASE NO. CO7-4251 MMC (PR).

*AMENDED COMPLAINT.*

JS 44 - CAND (Rev. 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

**I.(a) PLAINTIFFS** EDWARD GUTIERREZ

**DEFENDANTS**: DR. ALEXANDER CHYORNY, LORI HORN,R.N., DR. JOHN C. LUKRICH, DR. MARIA JUAREZ-REYES, DR. ANITA GADDIPATI, DR. G. VERSALES, C/O WARFIELD #2642, EDWARD C. FLORES, CAPTAIN D. SEPULVEDA.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** SANTA CLARA
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT SANTA CLARA.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
EDWARD GUTIERREZ, PLAINTIFF.

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF
(For diversity cases only) AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
*AMENDED*

☒ Original Proceeding ☐ Removed from State Court ☐ Remanded from Appellate Court ☐ Reinstated or Reopened ☐ Transfered from Another district (specify) ☐ Multidistrict Litigation ☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐110 Insurance<br>☐120 Marine<br>☐130 Miller Act<br>☐140 Negotiable Instrument<br>☐150 Recovery of Overpayment & Enforcement of Judgment<br>☐151 Medicare Act<br>☐152 Recovery of Defaulted Student Loans (Excl Veterans)<br>☐153 Recovery of Overpayment of Veteran's Benefits<br>☐160 Stockholders Suits<br>☐190 Other Contract<br>☐195 Contract Product Liability<br>☐196 Franchise | **PERSONAL INJURY**<br>☐310 Airplane<br>☐315 Airplane Product Liability<br>☐320 Assault Libel & Slander<br>☐330 Federal Employers Liability<br>☐340 Marine<br>☐345 Marine Product Liability<br>☐350 Motor Vehicle<br>☐355 Motor Vehicle Product Liability<br>☐360 Other Personal Injury | **PERSONAL INJURY**<br>☐362 Personal Injury Med Malpractice<br>☐365 Personal Injury Product Liability<br>☐368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐370 Other Fraud<br>☐371 Truth in Lending<br>☐380 Other Personal Property Damage<br>☐385 Property Damage Product Liability | ☐610 Agriculture<br>☐620 Other Food & Drug<br>☐625 Drug Related Seizure of Property 21 USC 881<br>☐630 Liquor Laws<br>☐640 RR & Truck<br>☐650 Airline Regs<br>☐660 Occupational Safety/Health<br>☐690 Other<br>**LABOR**<br>☐710 Fair Labor Standards Act<br>☐720 Labor/Mgmt Relations<br>☐730 Labor/Mgmt Reporting & Disclosure Act<br>☐740 Railway Labor Act<br>☐790 Other Labor Litigation<br>☐791 Empl.Ret. Inc. Security Act | ☐422 Appeal 28 USC 158<br>☐423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐820 Copyrights<br>☐830 Patent<br>☐840 Trademark<br>**SOCIAL SECURITY**<br>☐861 HIA (1395ff)<br>☐862 Black Lung (923)<br>☐863 DIWC/DIWW (405(g))<br>☐864 SSID Title XVI<br>☐865 RSI (405(g))<br>**FEDERAL TAX SUITS**<br>☐870 Taxes (US Plaintiff or Defendant)<br>☐871 IRS - Third Party 26 USC 7609 | ☐400 State Reapportionment<br>☐410 Antitrust<br>☐430 Banks and Banking<br>☐450 Commerce/ICC Rates/etc.<br>☐460 Deportation<br>☐470 Racketeer Influenced and Corrupt Organizations<br>☐810 Selective Service<br>☐850 Securities/Commodities/Exchange<br>☐875 Customer Challenge 12 USC 3410<br>☐891 Agricultural Acts<br>☐892 Economic Stabilization Act<br>☐893 Environmental Matters<br>☐894 Energy Allocation Act<br>☐895 Freedom of Information Act<br>☐900 Appeal of Fee Determination Under Equal Access to Justice<br>☐950 Constitutionality of State Statutes<br>☐890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐210 Land Condemnation<br>☐220 Foreclosure<br>☐230 Rent Lease & Ejectment<br>☐240 Torts to Land<br>☐245 Tort Product Liability<br>☐290 All Other Real Property | ☐441 Voting<br>☐442 Employment<br>☐443 Housing<br>☐444 Welfare<br>☐440 Other Civil Rights<br>☐445 Amer w/ disab - Empl<br>☐446 Amer w/ disab - Other<br>☐480 Consumer Credit<br>☐490 Cable/Satellite TV | ☐510 Motion to Vacate Sentence Habeas Corpus:<br>☐530 General<br>☐535 Death Penalty<br>☐540 Mandamus & Other<br>☒550 Civil Rights<br>☐555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

## VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23
DEMAND $30.000 CHECK YES only if demanded in complaint:
JURY DEMAND:☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)    ☐ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE

SIGNATURE OF ATTORNEY OF RECORD
PLAINTIFF

"AMENDED COMPLAINT."

1   **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2

3   Name _GUTIERREZ    EDWARD_ _____

4       (Last)              (First)              (Initial)

5   Prisoner Number _BGJ774 / 06083690_

6   Institutional Address _150 W. HEDDING ST._

7       _SAN JOSE, CA. 95110._

8   ===================================================================

9                **UNITED STATES DISTRICT COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
10      _EDWARD GUTIERREZ, SR._
11   (Enter the full name of plaintiff in this action.)              )
                                                                      )
12               vs.                                                  )    Case No. _C07-4251 MMC (PR)_
          _DR. ALEXANDER CHYORNY,_                                    )    (To be provided by the clerk of court)
13   _LORI HORN; R.N., DR. JOHN C. LUKRICH,_                          )
     _DR. MARIA JUAREZ-REYES,_                                        )    **COMPLAINT UNDER THE**
14   _DR. ANITA GADDIPATI, DR. G. VERSALES),_                         )    **CIVIL RIGHTS ACT,**
     _%0WARFIELD#2642, EDWARD C. FLORES,)_                            )    42 U.S.C §§ 1983
15   _CAPTAIN D. SEPULVEDA._                                          )    AMENDED COMPLAINT.
                                                                      )
16   _____                       )
17   (Enter the full name of the defendant(s) in this action))       )
                                                                      )

18   *[All questions on this complaint form must be answered in order for your action to proceed..]*

19   I.     Exhaustion of Administrative Remedies

20          [**Note:** You must exhaust your administrative remedies before your claim can go

21          forward. The court will dismiss any unexhausted claims.]
                                                           _SANTA CLARA COUNTY_
22          A.     Place of present confinement _DEPARTMENT OF CORRECTION._

23          B.     Is there a grievance procedure in this institution?

24                    YES (X)    NO ( )

25          C.     Did you present the facts in your complaint for review through the grievance

26                 procedure?

27                    YES (X)    NO ( )

28          D.     If your answer is YES, list the appeal number and the date and result of the

     COMPLAINT                          - 1 -

1     appeal at each level of review. If you did not pursue a certain level of appeal,

2     explain why.

3         1. Informal appeal: *NUMBER 69057   DATE: 4-16-07.*

4            *2. NUMBER 69493   DATE: 5-25-07.*

5            *( SEE EXHIBIT 1. )*                    2. First

6     formal level *"REFER TO MEDICAL"*

7

8

9         3. Second formal level *"SEE RESPONSE BELOW"*

10

11                                                        4 Third

12    formal level *YOU WERE SEEN   6-19-07.*

13

14        *BUT   NOTHING DONE.*

15    E.    Is the last level to which you appealed the highest level of appeal available to

16          you?

17                  YES ☒    NO ( )

18    F.    If you did not present your claim for review through the grievance procedure,

19    explain why. *I   DID PRESENT MY CLAIM...*

20

21

22  II.    Parties

23    A.    Write your name and your present address. Do the same for additional plaintiffs,

24          if any.

25            *EDWARD GUTIERREZ, SR., 06083690*

26            *150 W. HEDDING ST.*

27            *SAN JOSE, CA. 95110*

28    B.    Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                          - 2 -

1           place of employment.

2     DR. ALEXANDER CHYORNY, CHIEF DOCTOR. 150 W. HEDDING. S. J. CAL. 95110.

3     LORI HORN, R.N., HEAD NURSE. 150 W. HEDDING ST. SAN JOSE, CAL. 95110.
DR. JOHN C. LURRICH, DOCTOR. 150 W. HEDDING ST. SAN JOSE CAL. 95110

4     DR. MARIA JUAREZ-REYES. DOCTOR, 150 W. HEDDING. ST. SAN JOSE, CAL. 95110
DR. ANITA GADDIPATI, DOCTOR, 150 W. HEDDING ST. SAN JOSE, CAL, 95110
DR. G. VERSALES, DOCTOR, 150 W. HEDDING ST. SAN JOSE CAL. 95110

5     C/O WARFIELD # 2642. CORRECTION OFFICER. 150 W. HEDDING ST. S. J. CAL. 95110
EDWARD C. FLORES. CHIEF OF CORRECTIONS, 150 W. HEDDING ST. S.J. CAL. 95110

6     CAPTAIN D. SEPULVEDA JAIL COMMANDER. 150 W. HEDDING ST. S.J. CAL, 95110  III.

7     Statement of Claim

8         State here as briefly as possible the facts of your case. Be sure to describe how each

9     defendant is involved and to include dates, when possible. Do not give any legal arguments or

10    cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11    separate numbered paragraph.

12         I HAVE BEEN ENCARCERATED IN THIS SANTA CLARA

13    COUNTY DEPARTMENT OF CORRECTION SINCE 12-13-06.

14    I HAVE REQUESTED MEDICAL ATTENTION FOR A LIVER

15    ILLNESS THAT I HAVE HAD SINCE 1997. I HAVE PUT

16    IN SEVERAL MEDICAL REQUEST FORMS AND GRIEVENCES,

17    ( PLEASE SEE EXHIBIT 1 ). ALL ATTEMPTS HAVE

18    BEEN FUTILE.

19         THE FOLLOWING INDIVIDUALS ARE DIRECTLY

20    RESPONSIBLE FOR THIS DELIBERATE INDIFFERENCE:

21         #1. DR. ALEXANDER CHYORNY IS CHIEF MED-

22    ICAL DOCTOR AND RESPONSIBLE FOR HIS MEDICAL

23    DEPARTMENT, AND OTHER DOCTORS TO PROVIDE TREAT-

24    ( PLEASE SEE SUPPLEMENTAL).

25    IV.    Relief

26         Your complaint cannot go forward unless you request specific relief. State briefly exactly

27    what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28         SEE PAGE -4 - A.

COMPLAINT         -3 - A.

CASE NO. CO7-4251 MMC(PR)

## STATEMENT OF CLAIM...
### SUPPLEMENTAL.

MENT. HE SHOULD HAVE A PROCEDURE TO ENSURE THAT INMATES ARE MEDICALLY TREATED AND NOT DELIBER-ATELY NEGLECTED ... ESPECIALLY WHEN COMPLAINTS ( GRIEVENCES, SEE EXHIBIT 1.) ARE LODGED AGAINST HIS DOCTORS AND MEDICAL DEPARTMENT.

#2. LORI HORN, R.N., IS THE HEAD NURSE, HERE AT SANTA CLARA D.O.C. MEDICAL DEPARTMENT AND IS RESPONSIBLE FOR NURSES; AND THEIR RESCHEDULING MY DOCTOR'S APPOINTMENTS APP-ROXIMATELY 13 TIMES OUT OF 16 MEDICAL REQUEST FORMS AND 3 GRIEVENCES. ( PLEASE SEE EXHIBIT 1.) I WAS ONLY SEEN 4 TIMES AND NOTHING WAS DONE TO TREAT MY ILLNESS.

#3. : DR. JOHN C. LUKRICH, DR. MARIA JUAREZ-REYES, DR. ANITA GADDIPATI, AND DR. G. VERSALES  ARE ALL DIRECTLY RESPONSIBLE FOR REFUSING TO DIAGNOSE AND TREAT MY CHRONIC LIVER ILLNESS. I HAVE ASKED THEM CONTINUOUSLY TO "PLEASE" TREAT MY ILLNESS OF THE LIVER (SEE EXHIBIT 1.) THERE IS A TREATMENT FOR THIS PROBLEM BUT ALL PARTIES REFUSE TO PROVIDE ME WITH THE AVAILABLE TREATMENT STATING THAT TO "WAIT UNTIL YOUR LIVER GETS BAD." [SIC]

-3-B.

CASE NO.CO7-4251MMC (PR)

STATEMENT OF CLAIM...
SUPPLEMENTAL.

IT IS COMMON KNOWLEDGE THAT ONCE SOMEONE'S
LIVER "GOES BAD" A PERSON DIES. I HAVE HAD THIS
ILLNESS FOR APPROXIMATELY 11 YEARS AND I KNOW
THAT MY LIVER IS NOT HEALTHY; "GOING BAD" OR
"BAD". WHY SHOULD I WAIT UNTIL I'M DEAD
TO BE GIVEN ATTENTION?....

#4. C/O WARFIELD #2642 IS RESPONSIBLE FOR
GETTING INMATES AND MEDICAL REQUEST FORMS
TO AN ASSESSMENT NURSE BY WAY OF ANNOUNCING
NURSE'S PRESENCE TO INMATES; PER ENTIRE JAIL
PROCEDURE FOR THE LAST 20 YEARS ... INSTEAD
HE FORCES NURSE TO LEAVE AND STATES THAT
WE MUST STICK MEDICAL REQUEST FORMS OUT
OUR CELL DOOR. WHEN WE DO THIS OFFICER,
WARFIELD STILL FORCES NURSE TO LEAVE AND
TELLS INMATES THAT WE ARE TO PUT OUT THE
FORMS THE NIGHT BEFORE. HIS BAILIWICK IS
NOT TO ARBITRARILY CHANGE JAIL PROCEDURES
WITHOUT CONSENT FROM THE CHAIRMAN OF THE
CORRECTIONAL STANDARDS AUTHORITY.

#5. EDWARD C. FLORES, CHIEF OF CORRECTIONS,
AND CAPTAIN D. SEPULVEDA, JAIL COMMANDER ARE
RESPONSIBLE FOR THE JAIL, IT'S STAFF, AND THE

-3-C.

CASE NO. CO7-4251MMC(PR)

STATEMENT OF CLAIM...
SUPPLEMENTAL.

MEDICAL DEPARTMENT: THEREBY ALSO RESPON-
SIBLE FOR THE HEALTH AND WELL BEING OF
JAIL INMATES AND THE GRIEVENCE PROCED-
URE AND/OR THE SIGNIFICANCE OF THE
GRIEVENCE PROCEDURE.

NOTE: FOR THE PAST 3-4 MONTHS THE
MEDICAL STAFF HAVE ASKED ME TO TAKE
A T.B. (P.P.T.). SKIN TEST. APPROXIMATELY
13 TIMES. I HAVE REFUSED TO TAKE THIS
TEST AND INSTEAD GAVE THEM A CHEST-
X-RAY. AND THEY CONTINUE TO ASK...
THIS IS, NO DOUBT, TO APPEAR AS
THOUGH I AM REFUSING MEDICAL-
TREATMENT AS THEY DO NOT ASK ANY
OF THE OTHER 1000 INMATES AND THE
MEDICAL DEPARTMENT STARTED THIS AT
THE TIME IN WHICH THEY WERE MADE
AWARE OF THIS PENDING COMPLAINT.

/ / /
/ / /

DATE:                    SIGNED: E. Gutierrez
                         EDWARD GUTIERREZ
                                   PLAINTIFF.

- 3 - D

1 | RELIEF: 1-2-3-4...
2 |       1. REQUEST MEDICAL TREATMENT; BY WAY
3 | OF COURT ORDER FOR: OUTSIDE FACILITY (VALLY
4 | MEDICAL CENTER). THIS SANTA CLARA COUNTY
5 | DEPARTMENT OF CORRECTION MEDICAL DEPARTMENT
6 | (PLEASE SEE RELIEF SUPPLEMENTAL. 4:A·B·C.)

7 | I declare under penalty of perjury that the foregoing is true and correct.

9 | Signed this _SEE_ day of _SUPPLEMENTAL_

12 | (Plaintiff's signature)

COMPLAINT                    - 4 - A .

CASE No. C07-4251 MMC (PR)

RELIEF SUPPLEMENTAL.

IS A SUBSIDIARY OF VALLY MEDICAL CENTER AND THEREFOR CAN CONTINUE ANY PLAN OF ACTION INITIATED BY VALLY MEDICAL CENTER; THIS SAME ORDER SHOULD INCLUDE THE SANTA CLARA COUNTY DEPARTMENT OF CORRECTION AND IT'S MEDICAL DEPARTMENT TO CONTINUE SAID TREATMENT UNTIL COMPLETED.

2. AS SHOWN BY EXHIBITS 1 AND 2 IT WILL BE VIRTUALLY IMPOSSIBLE FOR ME TO SUCCESSFULLY PROSECUTE THIS CIVIL MATTER... THERE ARE FAR TOO MANY OBSTACLES AND/OR COMPLETE BLOCKS AS SHOWN IN EXHIBIT 2. THEREFORE I REQUEST ASSISTANCE BY A COURT APPOINTED COUNSEL OR INVESTIGATOR.

3. PLAINTIFF ALSO REQUESTS MONETARY ORDER OF $30,000 FOR MENTAL, PHYSICAL SUFFERING, AND DAMAGE TO LIVER BROUGHT ON BY THIS DELIBERATE INDIFFERENCE.

4. AND/OR THE ALTERNATIVE "FIX-ALL" OF: ORDERING A CHANGE OF VENUE FOR MY CRIMINAL CASE; TO BE MOVED TO SAN FRANCISCO IN ORDER TO ELIMINATE THE DIFFICULTIES AND OBSTACLES OF SUCCESSFULLY PROSECUTING

-4-B.

CASE No. C07-4251 MMC (PR)

RELIEF SUPPLEMENTAL.

1

2

3  THIS CASE. AND AT THE SAME PLACE RECIEVE

4  MEDICAL TREATMENT WITHOUT ALL OF THE

5  INTENTIONAL AND UNINTENTIONAL PROBLEMS AND

6  DELIBERATE INDIFFERENCE SHOWN IN EXHIBITS

7  1. AND 2. OF THIS AMMENDED COMPLAINT...

8  A CHANGE OF VENUE (ON CRIMINAL CASE)

9  WOULD GIVE RELIEF TO ALL ISSUES ABOVE.

10

11

12

13  I DECLARE UNDER PENALTY OF PERJURY THAT THE

14  FOREGOING IS TRUE AND CORRECT.

15

16  DATE SIGNED: _____     SIGNED: _____

17                          EDWARD GUTIERREZ

18                              PLAINTIFF.

19

20

21

22

23

24

25

26

27

28

-4-C.

1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
9

10    EDWARD GUTIERREZ                     )
                                           )
11                      Plaintiff,         )    CASE NO. C07 4251 MMC (P.R.)
                                           )
12         vs.                             )    **PRISONER'S**
      DR. ALEXANDER CHYORNY,               )    **APPLICATION TO PROCEED**
13            et al.                       )    **IN FORMA PAUPERIS**
                                           )
14                      Defendant(S)       )    AMENDED COMPLAINT...
                                           )
15

16         I, EDWARD GUTIERREZ ____, declare, under penalty of perjury that I am the

17    plaintiff in the above entitled case and that the information I offer throughout this application

18    is true and correct. I offer this application in support of my request to proceed without being

19    required to prepay the full amount of fees, costs or give security. I state that because of my

20    poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21    entitled to relief.

22         In support of this application, I provide the following information:

23    1.    Are you presently employed? Yes ____ No X

24    If your answer is "yes," state both your gross and net salary or wages per month, and give the

25    name and address of your employer:

26    Gross: _____ Net: _____

27    Employer: _____

28    _____

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.  (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _____

5    _____

6    _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9        a.    Business, Profession or              Yes ____ No X

10            self employment

11        b.    Income from stocks, bonds,          Yes ____ No X

12            or royalties?

13        c.    Rent payments?                      Yes ____ No X

14        d.    Pensions, annuities, or             Yes ____ No X

15            life insurance payments?

16        e.    Federal or State welfare payments,  Yes ____ No X

17            Social Security or other govern-

18            ment source?

19    If the answer is "yes" to any of the above, describe each source of money and state the amount

20    received from each.

21    _____

22    _____

23  3.    Are you married?                          Yes ____ No X

24    Spouse's Full Name: _____

25    Spouse's Place of Employment: _____

26    Spouse's Monthly Salary, Wages or Income:

27    Gross $ _O_ _____ Net $ _O_ _____

28  4.    a.    List amount you contribute to your spouse's support:$ _O_ _____

1   b.  List the persons other than your spouse who are dependent upon you for

2       support and indicate how much you contribute toward their support. (NOTE:

3       For minor children, list only their initials and ages. DO NOT INCLUDE

4       THEIR NAMES.).

5  _____

6  _____

7 5.  Do you own or are you buying a home?   Yes ____ No X

8 Estimated Market Value: $_____ Amount of Mortgage: $_____

9 6.  Do you own an automobile?     Yes ____ No X

10 Make _____ Year _____ Model _____

11 Is it financed? Yes _____ No _____ If so, Total due: $ _____

12 Monthly Payment: $ _____

13 7.  Do you have a bank account?  Yes ____ No X (Do not include account numbers.)

14 Name(s) and address(es) of bank: _____

15 _____

16 Present balance(s): $ _____

17 Do you own any cash? Yes ____ No ____ Amount: $ _____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.)  Yes ____ No X

20 _____

21 8.  What are your monthly expenses?

22 Rent: $ _____ Utilities: _____

23 Food: $ _____ Clothing: _____

24 Charge Accounts:

25 Name of Account   Monthly Payment   Total Owed on This Acct.

26 _____ $ _____ $ _____

27 _____ $ _____ $ _____

28 _____ $ _____ $ _____9. Do

1    you have any other debts? (List current obligations, indicating amounts and to whom they are

2    payable. Do not include account numbers.)

3    _____

4    _____

5    10.      Does the complaint which you are seeking to file raise claims that have been presented

6    in other lawsuits?   Yes ___ No ✕   *AMENDED COMPLAINT.*

7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8    which they were filed.

9    _____

10    _____

11        I consent to prison officials withdrawing from my trust account and paying to the court

12    the initial partial filing fee and all installment payments required by the court.

13        I declare under the penalty of perjury that the foregoing is true and correct and

14    understand that a false statement herein may result in the dismissal of my claims.

15

16    _____        _____

17    DATE                     SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

Case Number: _NO.C07 4251 MMC(PR)_
_AMENDED COMPLAINT._

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account

statement showing transactions of _EDWARD GUTIERREZ_, for the last six months

at

[prisoner name]

_SANTA CLARA COUNTY D.O.C._ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the

most recent 6-month period were $ _AMENDED_ and the average balance in the prisoner's

account each month for the most recent 6-month period was $ _AMENDED_.

Dated:_____

[Authorized officer of the institution]

- 5 -

**EXHIBIT 1**

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION

Main Jail

Main Jail South [ ]

North County Jail [ ]

**INMATE GRIEVANCE FORM**

Elmwood [ ]

CCW [ ]

WRC [ ]

6 9493

| INMATE'S NAME: EDWARD GUTIERREZ | BOOKING NUMBER: 06083690 | HOUSING UNIT: 4B-1-07 |
|---|---|---|

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: I HAVE BEEN TRYING TO GET
MEDICAL ATTENTION FOR FIVE MONTHS TO NO AVAIL.
I HAVE HAD 6 APPOINTMENTS CANCELED. I NEED
BLOOD WORK FOR LIVER FUNCTION AS I AM VERY SICK.
ALSO, FOLLOW UP ON PRE-CANCEROUS SURGERY.

WHAT SOLUTION ARE YOU RECOMMENDING?: I NEED MEDICAL ATTENTION.

Your Signature: _____ Date: 5/25/07 Time: 6:00 AM PM

(Do NOT write below this line. Use additional sheets if necessary)

*************************************************************

Received from Inmate on:
Day: SAT. Date: 5/26/07 Time: 0631 Officer: WARFIELD 2642 Team: B

RESPONDING OFFICER'S STATEMENT (Please print): I AM UNAWARE of ANY CANCELed
pts, surgeries, or illness. Please forward to medical

[ ] Resolved [X] Refer to Level II

Officer's Name: WARField 2642 Team: B Date: 5/26/07

*************************************************************

SUPERVISOR'S ACTION: See response below.

[X] Resolved [ ] Refer to Level III

Supervisor's Name: _____ Team: _____ Date: ___/___/___

*************************************************************

LT'S LOG'S RNT WATCH LIEUTENANT REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: _____ Date: ___/___/___ Time: _____

*************************************************************

SUPPORT SERVICE RESPONSE: Unit Assigned: Medical Date Assigned: ___/___/___
Date Due: 06/01/07

You were seen & examined on 6-18-07
after lab + sonogram you will be seen
ordered by the Dr.

Response by: _____ Title: _____ Date: 6/22/07 Time: _____

*************************************************************

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur [ ] Reversed _____

SIGNATURE: _____ Date: 6/26/07 Time: 1552

*************************************************************

RESPONSE RETURNED TO INMATE: Date: 06/27/07 Time: _____ By: _____

Distribution: White-Administration Canary-Inmate (Final Disposition) Pink-Inmate (Initial Receipt)

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
**INMATE GRIEVANCE FORM**

Main Jail [ ]
Main Jail South [ ]
North County Jail [ ]

Elmwood [ ]
CCW [ ]
WRC [ ]

BAT774   6905

INMATE'S NAME: EDWARD GUTIERREZ   BOOKING NUMBER: 06083690   HOUSING UNIT: 4B-1-15

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: I HAD A MEDICAL APPOINTMENT FOR 4-12-07 THIS IS THE 10th. TIME I HAVE BEEN RESCHEDUALED FOR MEDICAL ATTENTION... SUCH DELIBERATE-INDIFFERENCE IS NOT IN ANY WAY CLOSE TO LEGAL AND/OR CIVILIZED.

WHAT SOLUTION ARE YOU RECOMMENDING?: VERY LONG...

Your Signature: _(signature)_   Date: 4/16/07   Time: 8:00 AM/(PM)
(Do NOT write below this line. Use additional _____ )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Received from Inmate on:
Day: MON   Date: 4/16/07   Time: 2215   Officer: HAMMOND #2662   Team: C

RESPONDING OFFICER'S STATEMENT (Please print): WILL REFER TO MEDICAL

[ ] Resolved   [X] Refer to Level II

Officer's Name: HAMMOND   Team: C   Date: 4/16/07
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUPERVISOR'S ACTION: See response below.

[X] Resolved   [ ] Refer to Level III

Supervisor's Name: _____   Team: _____   Date: / /
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

APR 19 2007 AM 11:40

SIGNATURE: _____   Date: / /   Time: _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUPPORT SERVICE RESPONSE: Unit Assigned: Medical   Date Assigned: / /
Date Due: 04/23/07

(-22-07 you have seen the D on 6-19-07 also on 6-26-07, you will be seen again after (ct.+) son.).

Response by: _(signature)_   Title: _____   Date: 6/22/07   Time: _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FACILITY COMMANDER/DESIGNEE, REVIEW: [X] Concur [ ] Reversed

TOOK 2 MONTHS TO ANSWER. E.G.

SIGNATURE: _(signature)_   Date: 6/26/07   Time: 1553
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RESPONSE RETURNED TO INMATE: Date: 06/27/07   Time: _____   By: _____

Distribution:   White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)
6885 REV 7/92

SANTA CLARA
VALLEY

ADULT CUSTODY HEALTH SERVICES
WHITE CARD / CARTA BLANCA

Housing/Vivienda  4B-1-15                              Date/Fecha  3-15-07

Request to see (Circle One):              (Medical)          Mental Health              Dental
Quiero ver a alguien en (Marque Uno):    Servicios Medicos   Servicios de Salud Mental  Servicios Dental

PFN #  BGJ774                 Booking #/Numero del Registro de Admision  Q608369C

Name/Nombre  GUTIERREZ          EDWARD
             Last Name (Apellido Paterno)   First (Nombre de Pila)      Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento  10 23 59

Reason(s) for Request/Razon(es) de esta peticion:  THERE IS SOMETHING WRONG
WITH MY BLOOD, EFFECTING MY HEART, BRAIN, KIDNEYS
AND MUSCLE TISSUE... LIKE TO BE WEIGHED.
How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)?  10 YEARS.

### NOTE: GIVE THIS FORM ONLY TO A NURSE.
### NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.
********** DO NOT WRITE BELOW THIS LINE.  NO ESCRIBA ABAJO DE ESTA LINA. **********

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: 3/19/07      NURSE'S INITIALS: H

ASSESSMENT:

P  ☐ The following medication(s) may help you and are available through the Commissary/
   La siguiente medicina(s) podria ayudarle y estan desponibles en la Comisaria:

☐ Physician will review your request / El doctor revisara su peticion

☒ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de)  4/12/07  PM

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de)

☒ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de)  3/21/07

☐ Mental Health will see you / Departamento de Salud Mental te van a ver

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☐ Other Plan of Action / Comments / Otro Plan de Accion

☐ Patient Health Education Provided  Explain:

☐ Medical Authorization Form completed        ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated:

DATE RESPONSE SENT TO PATIENT 3/19/07 _____ RN SIGNATURE H
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION _____ RN SIGNATURE

Distribution: White-Medical Record    Pink-Inmate (Initial Receipt)    Yellow-Response to Inmate    Goldenrod-MD Response to Patient
FORM 5023 Rev 3/06                                                                                      SCVMC 6949-6

**SANTA CLARA VALLEY** ADULT CUSTODY HEALTH SERVICES
HEALTH & HOSPITAL SYSTEM

## WHITE CARD / CARTA BLANCA

Housing/Vivienda _4B 1 15_                          Date/Fecha _4 · 13 · 07_

Request to see (Circle One):             (Medical)          Mental Health              Dental
Quiero ver a alguien en (Marque Uno):   (Servicios Medicos)  Servicios de Salud Mental   Servicios Dental

PFN # _BGJ 774_           Booking #/Numero del Registro de Admision _06083690_

Name/Nombre _GUTIERREZ_          _EDWARD_

    Last Name (Apellido Paterno)          First (Nombre de Pila)          Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento _16 23 59_

Reason(s) for Request/Razon(es) de esta peticion: _✗ APPOINTMENT FOR_
_4-12-07   10th. TIME RESCHEDUALED._

How Long Have You Had This Problem(s)/ ¿Por cuanto tiempo ha tenido usted esta problema(s)? _TOO LONG!_

### NOTE: GIVE THIS FORM ONLY TO A NURSE.
### NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.
********** **DO NOT WRITE BELOW THIS LINE.  NO ESCRIBA ABAJO DE ESTA LINA.** **********

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: _4|16|07_     NURSE'S INITIALS: _A_

ASSESSMENT:



P ☐ The following medication(s) may help you and are available through the Commissary/
    La siguiente medicina(s) podria ayudarle y estan desponibles en la Comisaria: _____

☐ Physician will review your request / El doctor revisara su peticion

☑ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de) _5/9/07_

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de)

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de) _____

☐ Mental Health will see you / Departamento de Salud Mental te van a ver _____

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☐ Other Plan of Action / Comments / Otro Plan de Accion _____

_____

☐ Patient Health Education Provided  Explain: _____

☐ Medical Authorization Form completed          ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated: _____

DATE RESPONSE SENT TO PATIENT _4|16|07_ RN SIGNATURE _____
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION _____          RN SIGNATURE _____

Distribution: White-Medical Record     Pink-Inmate (Initial Receipt)     Yellow-Response to Inmate     Goldenrod-MD Response to Patient
FORM 5023 Rev 3/06                                                                              SCVMC 6949-6

#15

ADULT CUSTODY HEALTH SERVICES
WHITE CARD / CARTA BLANCA

Housing/Vivienda **4B-1-15**                    4B        Date/Fecha **4-26-07**

Request to see (Circle One):            Medical            Mental Health            Dental
Quiero ver a alguien en (Marque Uno):    Servicios Medicos    Servicios de Salud Mental    Servicios Dental

PFN # **BGJ 774**                Booking #/Numero del Registro de Admision **06083690**

Name/Nombre **10.23.59 GUTIERREZ        EDWARD**
Last Name (Apellido Paterno)    First (Nombre de Pila)    Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento **10-23-59**

Reason(s) for Request/Razon(es) de esta peticion: **① I NEED BLOOD WORK FOR LIVER-**
**FUNCTON... ② ALSO CHECK FOR SYPHILLUS**

How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)? **LIVER 10 YRS.**

### NOTE: GIVE THIS FORM ONLY TO A NURSE.
### NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.
**\*\*\*\*\*\*\*\*\*\***    **DO NOT WRITE BELOW THIS LINE. NO ESCRIBA ABAJO DE ESTA LINA.**    **\*\*\*\*\*\*\*\*\*\***

DATE NURSE RECEIVED WHITE CARD FROM PATIENT:                NURSE'S INITIALS:

ASSESSMENT:

P  ☐ The following medication(s) may help you and are available through the Commissary/
La siguiente medicina(s) podria ayudarle y estan desponibles en la Comisaria:

☐ Physician will review your request / El doctor revisara su peticion

☒ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de) **6/1/07**

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de)

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de)

☐ Mental Health will see you / Departamento de Salud Mental te van a ver

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☐ Other Plan of Action / Comments / Otro Plan de Accion

☐ Patient Health Education Provided  Explain:

☐ Medical Authorization Form completed            ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated:

DATE RESPONSE SENT TO PATIENT _____ RN SIGNATURE _____
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION  **4/24/07**  RN SIGNATURE _____

Distribution: White-Medical Record    Pink-Inmate (Initial Receipt)    Yellow-Response to Inmate    Goldenrod-MD Response to Patient
FORM 5023 Rev 3/06                                        SCVMC 6949-6

**SANTA CLARA VALLEY**

WHITE CARD / CARTA BLANCA

Housing/Vivienda __4/B - 1 - 15__                                          Date/Fecha __5/1/07__

Request to see (Circle One):                    (Medical)              Mental Health                Dental
Quiero ver a alguien en (Marque Uno):     Servicios Medicos      Servicios de Salud Mental     Servicios Dental

PFN # __BGJ774__                    Booking #/Numero del Registro de Admision  __06083694__

Name/Nombre __GUTIERREZ__                          __EDWARD__
                    Last Name (Apellido Paterno)        First (Nombre de Pila)          Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento __10 - 23 - 59__  I'VE WAITED 4 MONTHS.

Reason(s) for Request/Razon(es) de esta peticion: MY APPOINTEMENT WAS CANCELED BEFORE
IT EVER ARRIVED... I NEED BLOOD WORK A.S.A.P FOR LIFE
THREATENING ILLNESSES... LIVER FUNCTION AND SYPHILIS.
How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)? __10 YRS.__

**NOTE: GIVE THIS FORM ONLY TO A NURSE.**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.**
********** DO NOT WRITE BELOW THIS LINE. NO ESCRIBA ABAJO DE ESTA LINA. **********

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: __5/3/07__     NURSE'S INITIALS: __M__

ASSESSMENT:



P  ☐ The following medication(s) may help you and are available through the Commissary/
La siguiente medicina(s) podria ayudarle y estan desponibles en la Comisaria: _____

☐ Physician will review your request / El doctor revisara su peticion _____

☒ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de) __6/01/07__ updated

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de)

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de) _____

☐ Mental Health will see you / Departamento de Salud Mental te van a ver _____

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☐ Other Plan of Action / Comments / Otro Plan de Accion _____

_____

☐ Patient Health Education Provided  Explain: _____

☐ Medical Authorization Form completed          ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated: _____

DATE RESPONSE SENT TO PATIENT __5/3/07__   RN SIGNATURE _____
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION _____   RN SIGNATURE _____

Distribution: White-Medical Record     Pink-Inmate (Initial Receipt)     Yellow-Response to Inmate     Goldenrod-MD Response to Patient
FORM 5023 Rev 3/06                                                                                          SCVMC 6949-6

ADULT CUSTODY HEALTH SERVICES

**WHITE CARD / CARTA BLANCA**

SANTA CLARA VALLEY

Housing/Vivienda  4/B-1-B15                    Date/Fecha  5-10-07

Request to see (Circle One):          (Medical)          Mental Health          Dental
Quiero ver a alguien en (Marque Uno):    Servicios Medicos    Servicios de Salud Mental    Servicios Dental

PFN #  BCJ 774_____  Booking #/Numero del Registro de Admision  06083690

Name/Nombre  GUTIERREZ          EDWARD
           Last Name (Apellido Paterno)      First (Nombre de Pila)      Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento  10-23-59

Reason(s) for Request/Razon(es) de esta peticion:  I NEED TO TAKE A BLOOD
TEST FOR SYPHILIS... I HAVE BEEN HERE
FOR 5 MONTHS.
How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)?  LONG TIME

**NOTE: GIVE THIS FORM ONLY TO A NURSE.**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.**
********** **DO NOT WRITE BELOW THIS LINE.  NO ESCRIBA ABAJO DE ESTA LINA.** **********

DATE NURSE RECEIVED WHITE CARD FROM PATIENT:  5/13/07   NURSE'S INITIALS: L

ASSESSMENT:

P  ☐ The following medication(s) may help you and are available through the Commissary/
     La siguiente medicina(s) podria ayudarle y estan desponibles en la Comisaria:

☐ Physician will review your request / El doctor revisara su peticion

☒ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de)  6/1/07

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de)

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de)

☐ Mental Health will see you / Departamento de Salud Mental te van a ver

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☐ Other Plan of Action / Comments / Otro Plan de Accion

☐ Patient Health Education Provided  Explain:

☐ Medical Authorization Form completed          ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated:

DATE RESPONSE SENT TO PATIENT  5/14   RN SIGNATURE  Jenny

DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION _____  RN SIGNATURE _____

Distribution: White-Medical Record    Pink-Inmate (Initial Receipt)    Yellow-Response to Inmate    Goldenrod-MD Response to Patient
FORM 5023 Rev 3/06                                                        SCVMC 6949-6

ADULT CUSTODY HEALTH SERVICES
WHITE CARD / CARTA BLANCA

**SANTA CLARA VALLEY**

Housing/Vivienda _4B - 1 - 15_    Date/Fecha _5 - 6 - 07_

Request to see (Circle One):    (Medical)    Mental Health    Dental
Quiero ver a alguien en (Marque Uno):    Servicios Medicos    Servicios de Salud Mental    Servicios Dental

PFN # _BGJ774_    Booking #/Numero del Registro de Admision _06083670_

Name/Nombre _GUTIERREZ_    _EDWARD_
Last Name (Apellido Paterno)    First (Nombre de Pila)    Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento _10 - 23 - 59_

Reason(s) for Request/Razon(es) de esta peticion: _I HAVE BEEN WAITING 5 MONTHS FOR MEDICAL TREATMENT.. NEED BLOOD WORK FOR LIVER: FUNCTION AND FOR SYPHILLUS. CAN'T WAIT ANOTHER MONTH._
How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)? _10 YRS._

**NOTE: GIVE THIS FORM ONLY TO A NURSE.**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.**
********** **DO NOT WRITE BELOW THIS LINE.  NO ESCRIBA ABAJO DE ESTA LINA.** **********

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: _5/7/07_    NURSE'S INITIALS: _____

ASSESSMENT:

P  ☐ The following medication(s) may help you and are available through the Commissary/
La siguiente medicina(s) podria ayudarle a traves de la Comisaria:

☐ Physician will review your request / El doctor revisara su peticion _____

☑ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de) _6/11/07 am_

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de) _____

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de) _____

☐ Mental Health will see you / Departamento de Salud Mental te van a ver _____

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☐ Other Plan of Action / Comments / Otro Plan de Accion _____

☐ Patient Health Education Provided  Explain: _____

☐ Medical Authorization Form completed    ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated: _____

DATE RESPONSE SENT TO PATIENT _5/8/07_    RN SIGNATURE _____
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION _____    RN SIGNATURE _____

Distribution: White-Medical Record    Pink-Inmate (Initial Receipt)    Yellow-Response to Inmate    Goldenrod-MD Response to Patient
FORM 5023 Rev 3/06    SCVMC 6949-6

WHITE CARD / CARTA BLANCA

Housing/Vivienda _4B - 1 - 65_          Date/Fecha _5 - 23 - 07_

Request to see (Circle One):          (Medical)          Mental Health          Dental
Quiero ver a alguien en (Marque Uno):     Servicios Medicos     Servicios de Salud Mental     Servicios Dental

PFN # _BGJ774_   Booking #/Numero del Registro de Admision _06083690_

Name/Nombre _GUTIERREZ          EDWARD_
Last Name (Apellido Paterno)     First (Nombre de Pila)     Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento _10 - 23 - 59_

Reason(s) for Request/Razon(es) de esta peticion: _NEED BLOOD TEST FOR_
_LIVER FUNCTION AND UPDATE ON MY_
_SURGERY FOR PRE-CANCEROUS GROWTH..._
How Long Have You Had This Problem(s)?/Por cuanto tiempo ha tenido usted esta problema(s)? _LONG TIME._

**NOTE: GIVE THIS FORM ONLY TO A NURSE.**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.**
********** **DO NOT WRITE BELOW THIS LINE. NO ESCRIBA ABAJO DE ESTA LINA.** **********

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: _5/24/11_   NURSE'S INITIALS: _M_

ASSESSMENT:



P  ☐ The following medication(s) may help you and are available through the Commissary/
La siguiente medicina(s) podria ayudarle y estan desponibles en la Comisaria: ...........

☐ Physician will review your request / El doctor revisara su peticion .............

☑ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de)   _7/2/07_

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de)

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de) ...

☐ Mental Health will see you / Departamento de Salud Mental te van a ver ...

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☑ Other Plan of Action / Comments / Otro Plan de Accion _____

_Above no appt. already scheduled_
_per request for request_

☐ Patient Health Education Provided  Explain: _____

☐ Medical Authorization Form completed          ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated: _____

DATE RESPONSE SENT TO PATIENT _6/24/07_   RN SIGNATURE _____
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION _____   RN SIGNATURE _____

Distribution: White-Medical Record     Pink-Inmate (Initial Receipt)     Yellow-Response to Inmate     Goldenrod-MD Response to Patient
FORM 5023 Rev 3/06          SCVMC 6949-6

**SANTA CLARA VALLEY** HEALTH & HOSPITAL SYSTEM

**ADULT CUSTODY HEALTH SERVICES**
**WHITE CARD / CARTA BLANCA**

Housing/Vivienda _4B-1-15_                          Date/Fecha _5-25-07_

Request to see (Circle One):                    (Medical)            Mental Health              Dental
Quiero ver a alguien en (Marque Uno):     Servicios Medicos    Servicios de Salud Mental    Servicios Dental

PFN # _BGJ774_ ............ Booking #/Numero del Registro de Admision _06083690_

Name/Nombre _GUTIERREZ_                     _EDW (RI)_
        Last Name (Apellido Paterno)              First (Nombre de Pila)          Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento _10.23.59_

Reason(s) for Request/Razon(es) de esta peticion: _I NEED BLOOD WORK FoR_
_LIVER FUNCTIoN, AND FoLLoW UP ON SURGERY_

How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)? _10 YRS._

**NOTE: GIVE THIS FORM ONLY TO A NURSE.**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.**
\*\*\*\*\*\*\*\*\*\*      **DO NOT WRITE BELOW THIS LINE.  NO ESCRIBA ABAJO DE ESTA LINA.**      \*\*\*\*\*\*\*\*\*\*

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: _5/25/07_      NURSE'S INITIALS: _Lo_

ASSESSMENT:



P  ☐ The following medication(s) may help you and are available through the Commissary/
   La siguiente medicina(s) podria ayudarle y estan desponibles en la Comisaria:

☐ Physician will review your request / El doctor revisara su peticion

☒ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de)  _7/2/07_

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de)

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de)

☐ Mental Health will see you / Departamento de Salud Mental te van a ver

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☐ Other Plan of Action / Comments / Otro Plan de Accion

☐ Patient Health Education Provided  Explain:

☐ Medical Authorization Form completed          ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated:

DATE RESPONSE SENT TO PATIENT _5/28/07_   RN SIGNATURE _____
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION _____   RN SIGNATURE

Distribution: White-Medical Record     Pink-Inmate (Initial Receipt)     Yellow-Response to Inmate     Goldenrod-MD Response to Patient
FORM 5023 Rev 3/06                                                                                            SCVMC 6949-6

SANTA CLARA **VALLEY**
HEALTH & HOSPITAL SYSTEM

ADULT CUSTODY HEALTH SERVICES
WHITE CARD / CARTA BLANCA

Housing/Vivienda __4B-3-46__

Date/Fecha __8-3-07__

Request to see (Circle One): — **Medical** — Mental Health — Dental
Quiero ver a alguien en (Marque Uno): — **Servicios Medicos** — Servicios de Salud Mental — Servicios Dental

PFN # __BGJ774__

Booking #/Numero del Registro de Admision __06083690__

Name/Nombre __GUTIERREZ__ __EDWARD__ __—__
 Last Name (Apellido Paterno) · First (Nombre de Pila) Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento __10-23-59__

Reason(s) for Request/Razon(es) de esta peticion: __ON 7-31-07 I WENT TO V.M.C. FOR__
__AN ULTRA SOUND (WHICH WAS NOT GOOD) I WOULD LIKE TO KNOW__
__THE DIAGNOSIS AND PLAN OF ACTION???__
How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)? __LONG TIME.__

**NOTE: GIVE THIS FORM ONLY TO A NURSE.**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.**
********** **DO NOT WRITE BELOW THIS LINE. NO ESCRIBA ABAJO DE ESTA LINA.** **********

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: __8/7/07__ NURSE'S INITIALS: __dc·__

ASSESSMENT:

P ☐ The following medication(s) may help you and are available through the Commissary/
 La siguiente medicina(s) podria ayudarle y estan desponibles en la Comisaria:

☐ Physician will review your request / El doctor revisara su peticion

☑ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de) __8/15/07·__

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de)

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de)

☐ Mental Health will see you / Departamento de Salud Mental te van a ver

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☑ Other Plan of Action / Comments / Otro Plan de Accion __The doctor will discuss__

☐ Patient Health Education Provided  Explain:

☐ Medical Authorization Form completed  ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated:

DATE RESPONSE SENT TO PATIENT __8/7/07__ RN SIGNATURE __a dh__

DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION _____ RN SIGNATURE _____

Distribution: White-Medical Record  Pink-Inmate (Initial Receipt)  Yellow-Response to Inmate  Goldenrod-MD Response to Patient
FORM 5023 Rev 3/07  SCVMC 6949-6

ADULT CUSTODY HEALTH SERVICES
WHITE CARD / CARTA BLANCA

SANTA CLARA
VALLEY
HEALTH & HOSPITAL SYSTEM

Housing/Vivienda _4B-3-46_     Date/Fecha _8-3-07_

Request to see (Circle One):     (Medical)     Mental Health     Dental
Quiero ver a alguien en (Marque Uno):     Servicios Medicos     Servicios de Salud Mental     Servicios Dental

PFN # _BCJ774_     Booking #/Numero del Registro de Admision _06083690_

Name/Nombre _GUTIERREZ_     _EDWARD_
         Last Name (Apellido Paterno)     First (Nombre de Pila)     Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento _10-23-59_

Reason(s) for Request/Razon(es) de esta peticion: _I WOULD LIKE TO FIND OUT THE_
_RESULTS OF BLOOD TEST FOR LIVER- FUNCTION???_

How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)? _LONG, LONG TIME_

**NOTE: GIVE THIS FORM ONLY TO A NURSE.**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.**
**\*\*\*\*\*\*\*\*\*\*     DO NOT WRITE BELOW THIS LINE.  NO ESCRIBA ABAJO DE ESTA LINA.     \*\*\*\*\*\*\*\*\*\***

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: _8/7/07_     NURSE'S INITIALS: _≪_

ASSESSMENT:

P — ☐ The following medication(s) may help you and are available through the Commissary/
La siguiente medicina(s) podria ayudarle y estan disponibles en la Comisaria: _____

☐ Physician will review your request / El doctor revisara su peticion

☒ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de) _8/15/07_

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de) _____

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de) _____

☐ Mental Health will see you / Departamento de Salud Mental te van a ver _____

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☒ Other Plan of Action / Comments / Otro Plan de Accion _Talk te mp. He will_
_dicscuss lne result_

_____

☐ Patient Health Education Provided  Explain: _____

☐ Medical Authorization Form completed     ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated: _____

DATE RESPONSE SENT TO PATIENT _8/7/07_  RN SIGNATURE _____

DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION _____  RN SIGNATURE _____

Case 3:07-cv-04253-VRW   Document 17   Filed 03/07/2008   Page 31 of 50

DO NOT ... AT ANY TURKEY (EVER AT ALL) I HAVE PUT IN
REQUEST FORMS, I'VE HAD 3/4'S CALL TO NUTRIENIST
NO RESULTS ... I AM SUPPOSED TO HAVE A "NO TURKEY"
DIET I HAVE ALL READY BEEN TESTED FOR
TURKEY ALLERGY.

WHAT SOLUTION ARE YOU RECOMMENDING: NO TURKEY, NO EGGS DIET.

Your Signature: _____ Date: 11/30/07 Time: 500 AM (PM)

(Do not write below this line. Use additional sheets if needed)

Received from inmate on:
Day: FRIDAY Date: 11/30/09 Time: 1620 Officer: MORA      Team: B

RESPONDING OFFICER'S STATEMENT (Please print): _____

[ ] Resolved  [X] Refer to Level II

Officer's Name: _____ Team: ____ Date: __/__/__

SUPERVISOR'S ACTION: _____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name: _____ Team: ____ Date: __/__/__

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

SIGNATURE: _____ Date: __/__/__ Time: ____

Date Due: __/__/__

SIGNATURE: _____ Date: __/__/__ Time: ____

RESPONSE RETURNED TO INMATE: Date: __/__/__ Time: ____ By: ____

Distribution: White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)

Name: GUSTRRREZ          EDUARDO

_I NEED AN ORDER 10-23-___
_I NEED AN ORDER FOR A
SPECIAL DIET SENT TO DILTITIAN, ALL READY TESTED_
NO TURKEY NO EGGS
DIET ORDER

**NOTE: GIVE THIS FORM ONLY TO A NURSE**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA**
**DO NOT WRITE BELOW THIS LINE - NO ESCRIBA ABAJO DE ESTA LINEA**

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: 12/13          NURSE'S INITIALS:

ASSESSMENT:

☐ The following medication(s) may help you and are available through the Commissary:
La siguiente medicina(s) podría ayudarle y están disponibles en la Comisaria:

☐ Physician will review your request / El doctor revisara su peticion

☐ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de)

☐ Psych MD Appointment Scheduled / Cita para ver al siquiatra (week of / la semana de)

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de)

☐ Mental Health will see you / Departamento de Salud Mental te van a ver

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir

☐ Other Plan of Action / Comments / Otro Plan de Accion
Result shows not allergic to turkey / meat

☐ Patient Health Education Provided  Explain:

☐ Medical Authorization Form completed          ☐ Medical Wristband completed

DATE RESPONSE SENT TO PATIENT    12/13          RN SIGNATURE

DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION                      RN SIGNATURE

Distribution: White-Medical Record    Pink-Inmate (Initial Receipt)    Yellow-Response to Inmate    Goldenrod-MD Response to Patient

**ADULT CUSTODY HEALTH SERVICES**
**WHITE CARD / CARTA BLANCA**

Housing/Vivienda __4/E - 1 - 10__          Date/Fecha __12 - 26 - 06__

Request to see (Circle One):          Medical          Mental Health          Dental
Quiero ver a alguien en (Marque Uno):     Servicios Medicos     Servicios de Salud Mental     Servicios Dental

PFN # __BGJ774__          Booking #/Numero del Registro de Admision __06083690__

Name/Nombre __GUTIERREZ__          __EDWARD__
          Last Name (Apellido Paterno)          First (Nombre de Pila)          Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento __10-23-59__

Reason(s) for Request/Razon(es) de esta peticion: __NEED OF BENEDRYL + TYLENOL ; SEVER__
__ALLERGIES + ALLERGY INDUCED ASTHMA__

How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)? _____

**NOTE: GIVE THIS FORM ONLY TO A NURSE.**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.**
********** DO NOT WRITE BELOW THIS LINE. NO ESCRIBA ABAJO DE ESTA LINA. **********

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: _____     NURSE'S INITIALS: _____

ASSESSMENT:

P   ☐ The following medication(s) may help you and are available through the Commissary/
La siguiente medicina(s) podria ayudarle y estan desponibles en la Comisaria: _____

☐ Physician will review your request / El doctor revisara su peticion _____

☐ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de) _____

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de) _____

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de) _____

☐ Mental Health will see you / Departamento de Salud Mental te van a ver _____

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☐ Other Plan of Action / Comments / Otro Plan de Accion _____

☐ Patient Health Education Provided   Explain: _____

☐ Medical Authorization Form completed          ☐ Medical Wristband completed
☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated: __SP 107__
DATE RESPONSE SENT TO PATIENT _____     RN SIGNATURE _____
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION _____     RN SIGNATURE _____

Distribution: White-Medical Record     Pink-Inmate (Initial Receipt)     Yellow-Response to Inmate     Goldenrod-MD Response to Patient
FORM 5022 Rev 7/06

SANTA CLARA VALLEY
**ADULT CUSTODY HEALTH SERVICES**
**WHITE CARD / CARTA BLANCA**

Housing/Vivienda  4B / 15                          Date/Fecha  3-1-07

Request to see (Circle One):     **Medical**     Mental Health     Dental
Quiero ver a alguien en (Marque Uno):   Servicios Medicos   Servicios de Salud Mental   Servicios Dental

PFN # 06083690/BGJ779  Booking #/Numero del Registro de Admision   06083690

Name/Nombre  GUTIERREZ     EDWARD
    Last Name (Apellido Paterno)     First (Nombre de Pila)     Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento  10-23-59

Reason(s) for Request/Razon(es) de esta peticion: NEED BENEBRYL FOR SEVER ALLERGIES, & ANSWER ON MY LAST WHITE CARD?

How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)?

**NOTE: GIVE THIS FORM ONLY TO A NURSE.**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.**
**********    DO NOT WRITE BELOW THIS LINE.  NO ESCRIBA ABAJO DE ESTA LINA.    **********

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: 3|1|07    NURSE'S INITIALS:

ASSESSMENT:

P   ☐ The following medication(s) may help you and are available through the Commissary/
La siguiente medicina(s) podria ayudarle y estan desponibles en la Comisaria: _____

☑ Physician will review your request / El doctor revisara su peticion _____

☐ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de) _____

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de) _____

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de) _____

☐ Mental Health will see you / Departamento de Salud Mental te van a ver _____

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☐ Other Plan of Action / Comments / Otro Plan de Accion _____

☐ Patient Health Education Provided  Explain: _____

☐ Medical Authorization Form completed     ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated: _____

DATE RESPONSE SENT TO PATIENT  3|1|07  RN SIGNATURE _____
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION _____ RN SIGNATURE _____

Distribution: White-Medical Record    Pink-Inmate (Initial Receipt)    Yellow-Response to Inmate    Goldenrod-MD Response to Patient
FORM 5023 Rev 3/06                                          SCVMC 6949-6

# SANTA CLARA VALLEY HEALTH AND HOSPITAL SYSTEM
## ADULT CUSTODY HEALTH SERVICES
### WHITE CARD / CARTA BLANCA

Housing/Vivienda **4B · 1 - 15**          Date/Fecha **5-22-07**

Request to see (Circle One):          (Medical)          Mental Health          Dental
Quiero ver a alguien en (Marque Uno):     Servicios Medicos     Servicios de Salud Mental     Servicios Dental

PFN # **PGS 774**          Booking #/Numero del Registro de Admision **06083690**

Name/Nombre **GUTIZRRER          EDWARD**
　　　　Last Name (Apellido Paterno)     First (Nombre de Pila)     Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento **10  23  59**

Reason(s) for Request/Razon(es) de esta peticion: **I  NEED BENEDRYL SEVER ALLERGIES.**

How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)? **20 YEARS**

### NOTE: GIVE THIS FORM ONLY TO A NURSE.
### NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.
\*\*\*\*\*\*\*\*\*\*　　DO NOT WRITE BELOW THIS LINE. NO ESCRIBA ABAJO DE ESTA LINA.　　\*\*\*\*\*\*\*\*\*\*

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: **5/22/07**          NURSE'S INITIALS: **JJ**

ASSESSMENT:

P ☒ The following medication(s) may help you and are available through the Commissary/
　　La siguiente medicina(s) podria ayudarle y estan disponibles en la Comisaria: **Benadryl**

☐ Physician will review your request / El doctor revisara su peticion

☐ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de)

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de)

☒ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de) **6-18-07**

☒ Mental Health will see you / Departamento de Salud Mental te van a ver **7-16-07**

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☐ Other Plan of Action / Comments / Otro Plan de Accion

☐ Patient Health Education Provided  Explain:

☐ Medical Authorization Form completed          ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated:

DATE RESPONSE SENT TO PATIENT **5/22/07** RN SIGNATURE **P J**
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION          RN SIGNATURE

Distribution: White-Medical Record　　Pink-Inmate (Initial Receipt)　　Yellow-Response to Inmate　　Goldenrod-MD Response to Patient
FORM 5023 Rev 3/06　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SCVMC 6949-6

SANTA CLARA VALLEY HEALTH AND HOSPITAL SYSTEM
ADULT CUSTODY HEALTH SERVICES
WHITE CARD / CARTA BLANCA

Housing/Vivienda __4B-1-15__     Date/Fecha __5-24-07__

Request to see (Circle One):     (Medical)     Mental Health     Dental
Quiero ver a alguien en (Marque Uno):   Servicios Medicos   Servicios de Salud Mental   Servicios Dental

PFN # __BEJ774__   Booking #/Numero del Registro de Admision __06083690__

Name/Nombre __GUTIERREZ__          __EDWARD__
    Last Name (Apellido Paterno)       First (Nombre de Pila)       Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento __10-23-59__

Reason(s) for Request/Razon(es) de esta peticion: __I CANNOT TAKE STORE BOACHT__
__ANTIHISTAMINE, THE DOCTOR KNOWS THIS. NEED__
__BENEDRYL__
How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)? __20 YRS.__

**NOTE: GIVE THIS FORM ONLY TO A NURSE.**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.**
********** **DO NOT WRITE BELOW THIS LINE. NO ESCRIBA ABAJO DE ESTA LINA.** **********

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: __5/28/07__   NURSE'S INITIALS: __d.__

ASSESSMENT:

P  ☐ The following medication(s) may help you and are available through the Commissary/
   La siguiente medicina(s) podria ayudarle y estan desponibles en la Comisaria: _____

☐ Physician will review your request / El doctor revisara su peticion _____

☒ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de) __7/24/07__

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de)

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de)

☐ Mental Health will see you / Departamento de Salud Mental te van a ver _____

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☐ Other Plan of Action / Comments / Otro Plan de Accion _____

☐ Patient Health Education Provided  Explain: _____

☐ Medical Authorization Form completed          ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated: _____

DATE RESPONSE SENT TO PATIENT __5/28/07__  RN SIGNATURE _____
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION _____  RN SIGNATURE _____

Distribution: White-Medical Record   Pink-Inmate (Initial Receipt)   Yellow-Response to Inmate   Goldenrod-MD Response to Patient
FORM 5023 Rev 3/06                                                                                     SCVMC 6949-6

SANTA CLARA VALLEY HEALTH AND HOSPITAL SYSTEM
ADULT CUSTODY HEALTH SERVICES
WHITE CARD / CARTA BLANCA
REQUEST # TWO.

Housing/Vivienda __4B-3-46__                                    Date/Fecha __8-23-07__

Request to see (Circle One):                (Medical)              Mental Health              Dental
Quiero ver a alguien en (Marque Uno):    Servicios Medicos      Servicios de Salud Mental  Servicios Dental

PFN # __06083690 BGG774__        Booking #/Numero del Registro de Admision __06083690__

Name/Nombre __GUTIERREZ__                __EDWARD__
        Last Name (Apellido Paterno)          First (Nombre de Pila)        Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento __10-23-59__

Reason(s) for Request/Razon(es) de esta peticion: __ON 8:13-07 THE DOCTOR TOLD ME HE WOULD__
__PRESCRIBE BENEDRYL FOR TWO WEEKS... I HAVE NOT RECEIVED THIS RX.__
__I HAVE TWO BOTTLES OF CANTEEN ANTIHISTAMINE IT DOES NOT WORK__

How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)? __VERY LONG TIME__

**NOTE: GIVE THIS FORM ONLY TO A NURSE.**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.**
********** DO NOT WRITE BELOW THIS LINE. NO ESCRIBA ABAJO DE ESTA LINA. **********

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: _____ NURSE'S INITIALS: _____

ASSESSMENT:

P □ The following medication(s) may help you and are available through the Commissary/
    La siguiente medicina(s) podria ayudarle y estan desponibles en la Comisaria: _____

☒ Physician will review your request / El doctor revisara su peticion

□ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de) _____

□ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de) _____

□ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de) _____

□ Mental Health will see you / Departamento de Salud Mental te van a ver _____

□ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☒ Other Plan of Action / Comments / Otro Plan de Accion __no benadryl odered__

□ Patient Health Education Provided  Explain: _____

☒ Medical Authorization Form completed          □ Medical Wristband completed

□ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated: _____

DATE RESPONSE SENT TO PATIENT __8/23/07__ RN SIGNATURE _____
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION _____ RN SIGNATURE _____

Distribution: White-Medical Record      Pink-Inmate (Initial Receipt)     Yellow-Response to Inmate      Goldenrod-MD Response to Patient
FORM 5023 Rev 3/07                                                                                    SCVMC 6040-6

**EXHIBIT 2**



13

14

15  STARTED ASKING IN DECEMBER

16

17  RECEIVED INFO. 2 MONTHS

18

19  LATER. 2. H.

20

21

22

23

24

25

26

27

28

SANTA CLARA

10-23-87

I NEED THE NAME OF THE LAST DOCTOR

TO SEE BIG R. WHITE MALE WITH GLASSES ALSO NEED NAME OF

DATE NURSE RECEIVED WHITE CARD FROM PATIENT                    NURSE'S INITIALS

# INMATE REQUEST FORM

INMATE NAME: *E. GUTIERREZ*                    DATE *1-3-08*

CEN: *06083690*      PFN: *BGJ774*    HOUSING UNIT: *4B-3-34*

## 1. CONTACT REQUEST: OUTSIDE AGENCY

☐ DISTRICT ATTORNEY    ☐ PUBLIC DEFENDER    ☐ ADULT PROBATION    ☐ STATE PAROLE    ☐ OTHER SPECIFY: ___

NATURE OF REQUEST _____

_____

**RECEIVED**

## 2. CONTACT/INFORMATION: INSIDE FACILITY

FEB 0 8 2008

MAIN JAIL MEDICAL

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☐ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☐ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☐ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☒ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

NATURE OF REQUEST: *I NEED CHIEF DOCTOR'S AND HEAD NURSES NAMES? ALSO NAMES OF ALL DOCTORS I SAW IN THE LAST YEAR HERE IN D.O.C.*

## 3. ACTION TAKEN/RESPONSE

☐ RESPONSE BELOW    ☐ REQUEST FORWARDED OUTSIDE FACILITY    ☐ REQUEST DENIED SEE EXPLANATION    ☐ CANNOT BE ACTED ON AT THIS TIME.

☐ PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE: *Per your request I am sending the information to you today.*

OFFICER SIGNATURE: *Carmen Gonzalez, H.I.T.*  BADGE # *H.I.T.*  DATE *02-08-08*  TIME *3:05 P.M*

Main Jail   Case B:07-cv-04253 AMMABA COUNTY DEPARTMENT OF CORRECTIONS   Page 42 of 50 Inmwood [ ]
Main Jail South [ ]      **INMATE GRIEVANCE FORM**     CCW [ ]
North County Jail [ ]       # 71856   WRC [ ]

| INMATE'S NAME: | EDWARD GUTIERREZ | BOOKING NUMBER: 06083690 | HOUSING UNIT: 4B 3 34 |
|---|---|---|---|

DETAILS OF GRIEVANCE. **PRINT! BE SPECIFIC!:** I NEED THE FOLLOWING NAMES FOR FEDERAL RECOURSE: HEAD DOCTOR OF D.O.C. HEAD-NURSE OF D.O.C. NAMES OF ALL DOCTOR TREATING EDWARD GUTIERREZ IN THE PAST 12 MONTHS. THERE IS A COURT DEAD-LINE FOR THIS INFO. PLEASE RESPOND.???

WHAT SOLUTION ARE YOU RECOMMENDING?: PLEASE SEND THE ABOVE NAMES?

Your Signature: _____ Date: 1/10/08 Time: 9.00 AM/PM
(Do NOT write below this line. Use additional sheets if necessary)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Received from Inmate on:
Day: FRIDAY Date: 1/11/08 Time: 1140 Officer: WARFIELD #2647 Team: B

RESPONDING OFFICER'S STATEMENT (Please print): _____

JAN 22 2008 Hd 3:02

[ ] Resolved [X] Refer to Level II

Officer's Name: _____ Team: _____ Date: __/__/__
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SUPERVISOR'S ACTION: _____

**RECEIVED**

**FEB 0 8 2008**

[ ] Resolved [ ] Refer to Level III

Supervisor's Name: _____ Team: _____ Date: __/__/__ **MAIN JAIL MEDICAL**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: _____ Date: __/__/__ Time: _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
SUPPORT SERVICE RESPONSE: Unit Assigned: Medica   Date Assigned: __/__/__
Date Due: 01/17/08

Response by: _____ Title: _____ Date: __/__/__ Time: _____
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FACILITY COMMANDER/DESIGNEE REVIEW: [ ] Concur [ ] Reversed _____

Information has been sent to you on 2-08-08

SIGNATURE: Carmen Gonzalez 2 HLT Date: 02/08/08 Time: 3:04 P.M.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RESPONSE RETURNED TO INMATE: Date: __/__/__ Time: _____ By: _____
Distribution:   White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)
6885 REV 7/92



**SANTA CLARA**
**VALLEY**
**MEDICAL CENTER**

*Dedicated to the Health
of the Whole Community*

**February 8th 2008**

Adult Custody Mental Health Services

**Main Jail**
150 West Hedding Street
San Jose, California 95110
Tel. (408) 808-5200
Fax. (408) 808-5236

**Elmwood**
701 S. Abel Street
Milpitas, California 95035
Tel (408) 957-5360
Fax (408) 946-8023

**Mr. Edward Gutierrez,**
**PFN. BGJ774 HOUSING 4-C-3**

Re: **GUTIERREZ, EDWARD. D.O.B. 10-23-59**

To Whom It May Concern:

Receipt of request for medical information on the above patient is acknowledged.

Any items checked below are applicable to this request.

_____ Enclosed is all the medical information, which by law is permitted to be disclosed. The report is <u>Strictly Confidential</u> and is for the information only of the person to whom it is addressed, <u>It is unlawful to give information to any other party.</u>

_____ We are unable to identify this individual. Please provide additional information; i.e. date of birth, social security number, PFN, treatment date, verification of spelling of name or other names patient may have used.

_____ Records have been purged…. Unable to locate records.

_____ The information your have requested was previously mailed on:

_____ Make check payable to Santa Clara Valley Health and Hospital System for the amount:

_X_ Other: **In response to your request for information.**
      **Head of Medical Department: Dr. Alexander Chyorny,**
      **Head Nurse:**           **Lori Horn, R.N. Nurse Manager,**
      **Doctors in the last 12 months: Dr. Maria Juarez-Reyes,**
                                 **Dr. John C. Lukrich,**
                                 **Dr. G. Versales,**
                                 **Dr. Anita Gaddipati,**
                                 **Diane Garcia, R.N.P.**

Sincerely:
*Carmen Gonzalez*
MEDICAL RECORDS DEPARTMENT
CARMEN GONZALEZ,
HEALTH INFORMATION TECH.

# INMATE REQUEST FORM

INMATE NAME: _EDWARD GUTIERREZ_     DATE _12-28-07_

CEN: _0.6083690_   PFN: _BGJ774_   HOUSING UNIT: _4B 3 34_

## 1. CONTACT REQUEST: OUTSIDE AGENCY

☐ DISTRICT ATTORNEY   ☐ PUBLIC DEFENDER   ☐ ADULT PROBATION   ☐ STATE PAROLE   ☐ OTHER SPECIFY:

NATURE OF REQUEST:

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☐ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☐ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☐ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☒ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

NATURE OF REQUEST: _I NEED THE NAMES OF THE DIRECTOR OF CORRECTIONS AND FACILITY COMANDER FOR LEGAL "PENDING" LITIGATION DEAD-LINE OF 1-12-08 THANK YOU._

## 3. ACTION TAKEN/RESPONSE

☒ RESPONSE BELOW   ☐ REQUEST FORWARDED OUTSIDE FACILITY   ☐ REQUEST DENIED SEE EXPLANATION   ☐ CANNOT BE ACTED ON AT THIS TIME.

☐ PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE: _INMATE ORIENTATION AND RULE BOOK PROVIDED WITH WITH REQUESTED INFORMATION NO SUCH INFORMATION IN RULE BOOK. ¢B._

OFFICER SIGNATURE: _ROYE3_     BADGE # _7515_   DATE _12/28/07_   TIME _0500_

ORIGINAL-RECORD FILE     CANARY-RETURN TO INMATE AFTER ACTION     PINK-RETURNED TO INMATE

3821 REV 4/89     808.00

# INMATE REQUEST FORM

U.S. DIST. JUDGE MAXINE M. CHESNEY.

INMATE NAME: EDWARD GUTIERREZ          DATE 12-18-07

CEN: 06083690     PFN: BGJ774     HOUSING UNIT: 4B-3-34

## 1. CONTACT REQUEST: OUTSIDE AGENCY

☐ DISTRICT ATTORNEY   ☐ PUBLIC DEFENDER   ☐ ADULT PROBATION   ☐ STATE PAROLE   ☐ OTHER SPECIFY: ____

NATURE OF REQUEST: ____

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☐ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☐ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☐ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☒ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

NATURE OF REQUEST: CAPTAIN O. SEPULVEDA YOU HAVE REQUESTED THAT I FORWARD COURT ORDER AND PROOF OF SERVICE TO DEPARTMENT. ALTHOUGH I DO HAVE SAID DOCUMENTS IN MY CELL I DO NOT WANT THEM TO GET MISSPLACED. AS I ONLY HAVE ONE COPY... PLEASE SEND PRO PER COORDINATOR TO PICK THEM UP. I HAVE A DEADLINE TO RESPOND TO COURT...

## 3. ACTION TAKEN/RESPONSE

☐ RESPONSE BELOW   ☐ REQUEST FORWARDED OUTSIDE FACILITY   ☐ REQUEST DENIED SEE EXPLANATION   ☐ CANNOT BE ACTED ON AT THIS TIME.

☐ PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE: picked up 12/19/07

SIGNATURE ____     BADGE # ____     DATE ____     TIME ____

# INMATE REQUEST FORM

39

INMATE NAME: EDWARD GUTIERREZ          DATE 1-16-08

CEN: 06083690     PFN: BGJ774     HOUSING UNIT: 4B - 3 - 34

## 1. CONTACT REQUEST: OUTSIDE AGENCY

| ☐ DISTRICT ATTORNEY | ☐ PUBLIC DEFENDER | ☐ ADULT PROBATION | ☐ STATE PAROLE | ☐ OTHER SPECIFY: |

NATURE OF REQUEST

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☒ LAW LIBRARY ALEX | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☐ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☐ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☐ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

NATURE OF REQUEST: DUE TO MY DIFFICULTY IN ELICITING IMPORTANT INFORMATION (PERTAINING TO THIS CASE) I HAVE BEEN GIVEN AN ORDER FROM THE U.S. DISTRICT COURT GRANTING EXTENTION OF TIME. COULD YOU PLEASE COPY THIS ORDER AND ALSO EXTEND MY PRO PER STATUS? THANK YOU!

## 3. ACTION TAKEN/RESPONSE

| ☒ RESPONSE BELOW | ☒ REQUEST FORWARDED OUTSIDE FACILITY | ☐ REQUEST DENIED SEE EXPLANATION | ☐ CANNOT BE ACTED ON AT THIS TIME. |

☐ PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE: You will need to provide the DOC proof of service by April 01, 2008. Your status will continue.

OFFICER SIGNATURE: REABAN          BADGE # 2067  DATE 1-16-08   TIME 1725

ORIGINAL-RECORD FILE     CANARY-RETURN TO INMATE AFTER ACTION     PINK-RETURNED TO INMATE

808.00

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION

FORWARD
5-7-07                                    RESEARCH    5-7-07

LEONARD GUTIERREZ          06083…          4B-3-46

I NEED TO FILE
SEPARATE "DIFFERENT" CIVIL COMPLAINTS.
THEREFORE I NEED SEPARATE CIVIL COMPLAINTS.
"YOU" SAID I HAVE A LIMIT OF 5 ITEMS, IF
THEY ARE ON SEPARATE LINE ITEM NUMBERS. THIS
IS A ... TARGETING COMPLAINT consequent...
... CIVIL COMPLAINTS.
... COMPLAINTS & RESPONSE FROM
DIRECTOR OF CORRECTIONS. I WILL WRITE A SECOND GRIEVANCE IN

Inmate Signature: _____  Date: 5/7/07  Time: 9:50 AM/PM

Received from Inmate on:
Day: _____ Date: 05 / 07 / 07 Time: 2210 Officer: Richard____ Team: C

RESPONDING OFFICER'S STATEMENT (Please print): refer to legal law library

[ ] Resolved  [×] Refer to Level II

Officer's Name: Richard____          Team: C  Date: 05 / 07 / 07

SUPERVISOR'S ACTION: _____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name: _____  Team: _____ Date: __ / __ / __

SHIFT LIEUTENANT REVIEW:  [ ] Concur  [ ] Reversed  _____

_____  Date: __ / __ / __  Time: _____

_____ SERVICE RESPONSE: Unit Assigned: _____  Date Assigned: __ / __ / __

White-Administration    Canary-Inmate (Final Disposition)    Pink-Inmate (Initial Receipt)

THREE DAYS TO EXHAUST "TIME" AND I
AM SICK AND DO NOT HAVE THE TIME TO PLAY ... AND C.O.

| Main Jail [ ] | SANTA CLARA COUNTY DEPARTMENT OF CORRECTION | Elmwood [ ] |
| Main Jail South [ ] | **INMATE GRIEVANCE FORM** 70743 34 | CCW [ ] |
| North County Jail [ ] | | WRC [ ] |

| INMATE'S NAME: EWARD GUTIERREZ | BOOKING NUMBER: 06083690 | HOUSING UNIT: 4B 3 46 |

DETAILS OF GRIEVANCE. PRINT! BE SPECIFIC!: I HAVE A FEDERAL COURT DEADLINE FOR 9-20-07 I NEED A TRUST ACCOUNT STATEMENT FOR THE LAST SIX (6) MONTHS? THIS IS THE 3RD TIME I HAVE ASKED FOR THIS MUCH NEEDED COURT DOCUMENT.

WHAT SOLUTION ARE YOU RECOMMENDING?: MONEY STATEMENT FOR LAST SIX MONTHS

Your Signature _____  Date: 09 / 13 / 07 Time: 8 30 AM PM
(Do NOT write below this line. Use additional sheets if necessary)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Received from Inmate on:
Day: THURS. Date: 9 / 18 / 07 Time: 0920 Officer: MORA          Team: B

RESPONDING OFFICER'S STATEMENT (Please print): _____

[ ] Resolved   [X] Refer to Level II

Officer's Name: _____ #2680          Team: B  Date: 9 / 13 / 07

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUPERVISOR'S ACTION: _____

[ ] Resolved   [ ] Refer to Level III

Supervisor's Name: _____          Team: _____ Date: __ / __ / __

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed

SIGNATURE: _____          Date: __ / __ / __ Time: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SUPPORT SERVICE RESPONSE: Unit Assigned: Fiscal          Date Assigned: __ / __ /
Date Due: 09 / 20 / 07

Laura - per our conversation by ph. network
the ex 9/24/07 Pls. respond to inmate Request.

Response by: _____ Title: Asst.834. Date: 09 / 26 / 07 Time: 3:27 PM   1st Report se.
9/28/07
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FACILITY COMMANDER/DESIGNEE REVIEW: [X] Concur [ ] Reversed          2ND Report sent
on 10/1/07

SIGNATURE: _____          Date: 10 / 2 / 07 Time: 1537

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RESPONSE RETURNED TO INMATE: Date: 10 / 02 / 07 Time: _____ By: _____
Distribution:  White-Administration   Canary-Inmate (Final Disposition)   Pink-Inmate (Initial Receipt)
8885 REV 7/02

FEDERAL COURT ORDER NO. 725/MMC(PR)

# INMATE REQUEST FORM

## U.S. DISTRICT JUDGE MAXINE M. CHESNEY

INMATE NAME: EDWARD GUTIERREZ          DATE 12-13-07

CEN: 06083690      PFN: BCJ774     HOUSING UNIT: 4B-3-34

### 1. CONTACT REQUEST: OUTSIDE AGENCY

☐ DISTRICT ATTORNEY   ☐ PUBLIC DEFENDER   ☐ ADULT PROBATION   ☐ STATE PAROLE   ☐ OTHER SPECIFY:

NATURE OF REQUEST:

### 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☐ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☐ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☒ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☐ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

NATURE OF REQUEST: OFFICER OF 4B-3POD... COULD YOU PLEASE CALL
LAW LIBRARY DIRECTOR AND INFORM HER THAT I HAVE AN ORDER
GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS WITH A 30 DAY DEADLINE
TO RESPOND... I NEED PROPER STATUS TO PROPERLY RESPOND IN TIME.

### 3. ACTION TAKEN/RESPONSE

☐ RESPONSE BELOW   ☐ REQUEST FORWARDED OUTSIDE FACILITY   ☐ REQUEST DENIED SEE EXPLANATION   ☐ CANNOT BE ACTED ON AT THIS TIME.

☐ PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE:

Warfield                    BADGE #0412  DATE 12-14-07  TIME 0754

U.S. DISTRICT COURT CASE NO. - 07-4251 MMC(PR)

# INMATE REQUEST FORM

DIST. JUDGE MAXINE M. CHESNEY

4U

INMATE NAME: EDWARD GUTIERREZ      DATE 12-14-07

CEN: 06083690      PFN: BGJ774      HOUSING UNIT: 4B-3-34

## 1. CONTACT REQUEST: OUTSIDE AGENCY

☐ DISTRICT ATTORNEY   ☐ PUBLIC DEFENDER   ☐ ADULT PROBATION   ☐ STATE PAROLE   ☐ OTHER SPECIFY: _____

NATURE OF REQUEST: _____

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☐ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☐ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☐ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☐ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

NATURE OF REQUEST: PLEASE CALL LAW LIBRARY DIRECTOR AND INFORM THIS DIRECTOR THAT I NEED PRO-PER STATUS FOR A FEDERAL CASE. CASE # NO. CO7-4251 MMC(PR). I HAVE 25 DAYS TO RESPOND. I ASKED C/O WARFIELD TO CALL ON 12-14-07 BUT HE REFUSED.

## 3. ACTION TAKEN/RESPONSE

☒ RESPONSE BELOW   ☐ REQUEST FORWARDED OUTSIDE FACILITY   ☐ REQUEST DENIED SEE EXPLANATION   ☐ CANNOT BE ACTED ON AT THIS TIME.

☐ PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE: REFERRED TO ADMIN

See Inmate Request form from 12/17/07

NEVER RECEIVED 12-17-07 REQUEST FORM ES. RESPONSE.

OFFICER SIGNATURE: Perez      BADGE #2736   DATE 12-17-2007 TIME 0810

ORIGINAL-RECORD FILE      CANARY-RETURN TO INMATE AFTER ACTION      PINK-RETURNED TO INMATE