# INMATE REQUEST FORM

NAME: _____ DATE: _____

HOUSING UNIT: UC 3 - 73

## 1. CONTACT REQUEST: OUTSIDE AGENCY

[ ] DISTRICT ATTORNEY  [ ] PUBLIC DEFENDER  [ ] ADULT PROBATION  [ ] STATE PAROLE  [ ] OTHER SPECIFY:

NATURE OF REQUEST: _____

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| [ ] REHOUSING | [ ] COMMISSARY | [X] LAW LIBRARY | [ ] RELEASE DATE | [ ] CHAPLAIN |
| [ ] TRUSTEE | [ ] MONEY ACCOUNT | [ ] A.A. | [ ] CHARGES | [ ] FOOD SERVICE |
| [ ] RECLASS. | [ ] MAIL | [ ] FRIENDS OUTSIDE | [ ] BAIL | [ ] BAIL BONDS |
| [ ] VWP | [ ] LOST PROPERTY | [ ] OTHER SPECIFY BELOW | [ ] NEXT COURT DATE | [ ] OTHER: SPECIFY BELOW |
| [ ] PSP | [ ] LOST CLOTHING | | | |

NATURE OF REQUEST: I NEED A MANILA ENVELOPE AND POSTAGE TO: CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO CALIF 94102 -DEADLINE IN 5 DAYS-

## 3. ACTION TAKEN/RESPONSE

[ ] RESPONSE BELOW  [ ] REQUEST FORWARDED OUTSIDE FACILITY  [ ] REQUEST DENIED SEE EXPLANATION  [ ] CANNOT BE ACTED ON AT THIS TIME.

[X] PREVIOUS REQUEST IN PROGRESS

NO DIRECT RESPONSE, THIS IS NOT A _____

SIGNED: _____ DATE: 03/07/2008

# INMATE REQUEST FORM

DATE: 2-29-08

HOUSING UNIT: YC-3-33

## 1. CONTACT REQUEST: OUTSIDE AGENCY

[ ] DISTRICT ATTORNEY  [ ] PUBLIC DEFENDER  [ ] ADULT PROBATION  [ ] STATE PAROLE  [X] OTHER SPECIFY: I GUESS

NATURE OF REQUEST: MY LAST REQUEST WAS STOPPED BY THE CHECK OF WRONG "BOX" i.e. "PREVIOUS REQUEST IN PROGRESS" THIS WAS DONE WITHOUT COMMUNICATING WITH ME IT WAS ALSO DELAYED BY THE SAME RESPONDENT. REQUEST 2-28-08

## 2. CONTACT/INFORMATION: INSIDE FACILITY  RESPONSE 2-29-'08

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| [ ] REHOUSING | [ ] COMMISSARY | [X] LAW LIBRARY | [ ] RELEASE DATE | [ ] CHAPLAIN |
| [ ] TRUSTEE | [ ] MONEY ACCOUNT | [ ] A.A. | [ ] CHARGES | [ ] FOOD SERVICE |
| [ ] RECLASS. | [ ] MAIL | [ ] FRIENDS OUTSIDE | [ ] BAIL | [ ] BAIL BONDS |
| [ ] WWP | [ ] LOST PROPERTY | [ ] OTHER: SPECIFY BELOW | [ ] NEXT COURT DATE | [ ] OTHER: SPECIFY BELOW |
| [ ] PSP | [ ] LOST CLOTHING | | | |

NATURE OF REQUEST: I NEED A MANILA ENVELOPE AND POSTAGE TO: CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA 450 GOLDEN GATE AVENUE SAN FRANCISCO, CALIF. 94102 - DEADLINE..."

## 3. ACTION TAKEN/RESPONSE

[ ] RESPONSE BELOW  [X] REQUEST FORWARDED OUTSIDE FACILITY  [ ] REQUEST DENIED SEE EXPLANATION  [ ] CANNOT BE ACTED ON AT THIS TIME.

[ ] PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE:     INCORRECT RESPONSE.

*CIVIL CASE No. CO7-4251*

*CIVIL*

# INMATE REQUEST FORM

INMATE NAME: EDWARD GUTIERREZ        DATE 2-11-08

CEN: 06083690      PFN: BEJ774      HOUSING UNIT: 4C 3 39

## 1. CONTACT REQUEST: OUTSIDE AGENCY

| ☐ DISTRICT ATTORNEY | ☐ PUBLIC DEFENDER | ☐ ADULT PROBATION | ☐ STATE PAROLE | ☐ OTHER SPECIFY: INMATE |

NATURE OF REQUEST: RULE BOOK P. 11 "YOU MAY REQUEST ADDITIONAL STAMPED ENVELOPES FOR LEGAL CORRESPONDENCE BY SENDING AN INMATE REQUEST FORM TO LAW LIBRARY COORDINATOR.

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☒ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☐ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☐ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☐ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

NATURE OF REQUEST: I NEED POSTAGE FOR FOUR SEPERATE "LEGAL" LETTERS, 17 PAGES EACH. READY TO GO OUT, ASAP. AND ONE MANILA ENVELOPE PURSUANT TO ABOVE RULE.

## 3. ACTION TAKEN/RESPONSE

| ☒ RESPONSE BELOW | ☐ REQUEST FORWARDED OUTSIDE FACILITY | ☐ REQUEST DENIED SEE EXPLANATION | ☐ CANNOT BE ACTED ON AT THIS TIME. |

☐ PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE: In order to receive legal indigent envelope you must request on an Inmate Request form with the name and address of the Court or Attorney you would like to correspond with and I will bring you the envelopes.

OFFICER SIGNATURE: KB      BADGE # 248      DATE 2/11/08      TIME 1/30

# INMATE REQUEST FORM

INMATE NAME: *EDWARD GUTIERREZ*    DATE *2-18-08*

CEN: *06083690*    PFN: *BGJ774*    HOUSING UNIT: *4C-3-33*

## 1. CONTACT REQUEST: OUTSIDE AGENCY

☐ DISTRICT ATTORNEY    ☐ PUBLIC DEFENDER    ☐ ADULT PROBATION    ☐ STATE PAROLE    ☐ OTHER SPECIFY: *I DON'T*

NATURE OF REQUEST: *HAVE TIME FOR MORE DELAYS; SO, I WILL PUT THE FOLLOWING LEGAL ADDRESSES ON SEPERATE FORMS...*

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☒ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☐ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☐ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☐ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

NATURE OF REQUEST: *I NEED POSTAGE WITH TWO STAMPS "82¢" FOR 17 PAGES GOING TO: OFFICE OF THE CLERK, U.S. DISTRICT COURT, 450 GOLDEN GATE AVE. SAN FRANCISCO, CALIF. 94102 % HONORABLE MAXINE CHESNEY.*

## 3. ACTION TAKEN/RESPONSE

☒ RESPONSE BELOW    ☐ REQUEST FORWARDED OUTSIDE FACILITY    ☐ REQUEST DENIED SEE EXPLANATION    ☐ CANNOT BE ACTED ON AT THIS TIME.

☐ PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE: *Request submitted 2/18/08. Envelope given 2/19/08. Submit IRF when envelope ready for pick up.*

OFFICER SIGNATURE: *R*    BADGE # *2604*    DATE *2/18/08*    TIME *2200*

ORIGINAL-RECORD FILE    CANARY-RETURN TO INMATE AFTER ACTION    PINK-RETURNED TO INMATE

# INMATE REQUEST FORM

INMATE NAME: EDWARD GUTIERREZ    DATE 2-19-08

CEN: 06083690    PFN: BGJ774    HOUSING UNIT: 4C - 3 - 33

## 1. CONTACT REQUEST: OUTSIDE AGENCY

☐ DISTRICT ATTORNEY ☐ PUBLIC DEFENDER ☐ ADULT PROBATION ☐ STATE PAROLE ☐ OTHER SPECIFY: _____

NATURE OF REQUEST: _____

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☒ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☐ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☐ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☐ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

NATURE OF REQUEST: I HAVE FOUR LEGAL ENV-
ELOPES READY FOR POSTAGE & MAIL...

## 3. ACTION TAKEN/RESPONSE

☒ RESPONSE BELOW    ☐ REQUEST FORWARDED OUTSIDE FACILITY    ☐ REQUEST DENIED SEE EXPLANATION    ☐ CANNOT BE ACTED ON AT THIS TIME.

☐ PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE: WILL FORWARD
Picked up 2/20/08

OFFICER SIGNATURE    BADGE # 1467    DATE 2/19/08    TIME 1200

# INMATE REQUEST FORM

INMATE NAME: *E. GUTIERREZ*　　　　DATE *2-25-08*

CEN: *06083690*　　PFN: *BCJ774*　　HOUSING UNIT: *5C - 3 - 33*

## 1. CONTACT REQUEST: OUTSIDE AGENCY

[ ] DISTRICT ATTORNEY　　[ ] PUBLIC DEFENDER　　[ ] ADULT PROBATION　　[ ] STATE PAROLE　　[ ] OTHER SPECIFY: _____

NATURE OF REQUEST: _____

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| [ ] REHOUSING | [ ] COMMISSARY | [X] LAW LIBRARY | [ ] RELEASE DATE | [ ] CHAPLAIN |
| [ ] TRUSTEE | [ ] MONEY ACCOUNT | [ ] A.A. | [ ] CHARGES | [ ] FOOD SERVICE |
| [ ] RECLASS. | [ ] MAIL | [ ] FRIENDS OUTSIDE | [ ] BAIL | [ ] BAIL BONDS |
| [ ] WWP | [ ] LOST PROPERTY | [ ] OTHER: SPECIFY BELOW | [ ] NEXT COURT DATE | [ ] OTHER: SPECIFY BELOW |
| [ ] PSP | [ ] LOST CLOTHING | | | |

NATURE OF REQUEST: *I NEED MANILA ENVELOPE ¢ POSTAGE FOR LEGAL MAIL - VIA - SANTA CLARA CO. SHERIFF 55 W. YOUNGER ST. SAN JOSE, CA. 95110.*

## 3. ACTION TAKEN/RESPONSE

[X] RESPONSE BELOW　　[ ] REQUEST FORWARDED OUTSIDE FACILITY　　[ ] REQUEST DENIED SEE EXPLANATION　　[ ] CANNOT BE ACTED ON AT THIS TIME.

[ ] PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE: *Envelope give 2-27-08. Please complete a Inmate Request form to have envelope mailed. (to law library)*

OFFICER SIGNATURE: *C.O Lyons*　　BADGE # *1762*　　DATE *2-25-08*　　TIME *2035*

ORIGINAL-RECORD FILE　　CANARY-RETURN TO INMATE AFTER ACTION　　PINK-RETURNED TO INMATE

808.00

# INMATE REQUEST FORM

INMATE NAME: *E. GUTIERREZ*                     DATE *2 - 27 - 08*

CEN: *06083690*     PFN: *BGJ774*  HOUSING UNIT: *4C  3  33*

## 1. CONTACT REQUEST: OUTSIDE AGENCY

☐ DISTRICT ATTORNEY  ☐ PUBLIC DEFENDER  ☐ ADULT PROBATION  ☐ STATE PAROLE  ☐ OTHER SPECIFY: _____

NATURE OF REQUEST: _____

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☒ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☐ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☐ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☐ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

NATURE OF REQUEST: *I HAVE AN ENVELOPE READY FOR POSTAGE AND MAIL... CAN YOU PLEASE PICK IT UP?*

## 3. ACTION TAKEN/RESPONSE

☐ RESPONSE BELOW  ☐ REQUEST FORWARDED OUTSIDE FACILITY  ☐ REQUEST DENIED SEE EXPLANATION  ☐ CANNOT BE ACTED ON AT THIS TIME.

☒ PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE: *picked up 2/28/08*

OFFICER SIGNATURE: *Spearing*     BADGE # *2594*   DATE *2-27-08*   TIME *2200*

ORIGINAL-RECORD FILE      CANARY-RETURN TO INMATE AFTER ACTION      PINK-RETURNED TO INMATE
808.00

# INMATE REQUEST FORM

INMATE NAME: _____ DATE: _____

# _____ HOUSING UNIT: HB-9 __

## 1. CONTACT REQUEST: OUTSIDE AGENCY

☐ DISTRICT ATTORNEY   ☐ PUBLIC DEFENDER   ☐ ADULT PROBATION   ☐ STATE PAROLE   ☐ OTHER SPECIFY:

NATURE OF REQUEST: _____

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☐ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☐ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☒ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☐ OTHER SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

NATURE OF REQUEST: I WOULD LIKE TO USE THE PRO PER PHONE AT 12:00 NOON.

## 3. ACTION TAKEN/RESPONSE

☐ RESPONSE BELOW   ☐ REQUEST FORWARDED OUTSIDE FACILITY   ☐ REQUEST DENIED SEE EXPLANATION   ☐ CANNOT BE ACTED ON AT THIS TIME

☐ PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE: _____

OFFICER SIGNATURE: _____

# INMATE REQUEST FORM

4C-3

INMATE NAME: EDWARD GUTIERREZ          DATE 2-168-08

CEN: 06083690     PFN: BGJ774     HOUSING UNIT: 4B  3  54 (39)

## 1. CONTACT REQUEST: OUTSIDE AGENCY

| ☐ DISTRICT ATTORNEY | ☐ PUBLIC DEFENDER | ☐ ADULT PROBATION | ☐ STATE PAROLE | ☐ OTHER SPECIFY: |

NATURE OF REQUEST

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☐ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☒ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☐ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☐ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

NATURE OF REQUEST: I WOULD LIKE TO KNOW WHAT THE PROCEDURES ARE FOR FRIENDS OUTSIDE IN MAKING COPIES! THE COPIES I HAD MADE TODAY WERE SENT BACK TO ME BY SEVERAL DIFFERENT HANDS. MY COPIES WERE SITTING OUT ON THE TABLE WHILE THE NURSE WROTE ON HER PAPERS ON TOP OF THE ENVELOPE CONTAINING MY LEGAL COPIES. WHAT ARE THE PROCEDURES?

## 3. ACTION TAKEN/RESPONSE

COMPLETED JAN 1 6 2008

| ☒ RESPONSE BELOW | ☐ REQUEST FORWARDED OUTSIDE FACILITY | ☐ REQUEST DENIED SEE EXPLANATION | ☐ CANNOT BE ACTED ON AT THIS TIME. |

☐ PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE: If we are not able to return your copies personally the officer will give them to you. We do not hold proper copies once they have been made for the inmate.

OFFICER SIGNATURE: _____     BADGE # 2180   DATE 1/11/06   TIME 1240

ORIGINAL-RECORD FILE          CANARY-RETURN TO INMATE AFTER ACTION          PINK-RETURNED TO INMATE

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION

Main Jail [ ]   Elmwood [ ]
Main Jail South [ ]   CCW [ ]

INMATE GRIEVANCE FORM

EDWARD GUTIERREZ   — — — 46-3-66

**STATE OF GRIEVANCE, MUST BE SPECIFIC:** I HAVE ATTEMPTED TO ORDER STAMPED ENVELOPES (INDIGENT) FROM CANTEEN FOR TWO WEEKS AND HAVE NOT RECEIVED THEM... PLEASE LOOK INTO THIS MATTER OF CANTEEN REJECTION. TRY TO FIND OUT WHO IS RESPONSIBLE FOR THIS INADEQUATE TREATMENT. "DENYING MY RIGHT TO ACCESS THE CRTS."

**WHAT SOLUTION ARE YOU RECOMMENDING?:** PLEASE INVESTIGATE THIS ISSUE... I NEED ENVELOPES FOR LEGAL MAIL ON MY CASE.

Your Signature: _____ Date: 9/12/07 Time: 9:00 AM/PM

Received from Inmate on:
Day: WED Date: 9/12/07 Time: 2300 Officer: PETERS #7575 Team: D

RESPONDING OFFICER'S STATEMENT (Please print): YOU NEED TO FILL OUT THE INMATE COMMISSARY CONCERN FORM THAT I HAVE PROVIDED YOU WITH.

[ ] Resolved  [ ] Refer to Level II

Officer's Name: PETERS #757X  Team: D  Date: 9/12/07

Supervisor's ACTION: _____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name: _____ Team: _____ Date: ___/___/___

SHIFT LIEUTENANT REVIEW: [ ] Concur [ ] Reversed _____

SIGNATURE: _____ Date: ___/___/___ Time: _____

INMATE SERVICE RESPONSE: Unit Assigned: _____ Date Assigned: ___/___/___
Case No.: _____

Distribution: White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

SANTA CLARA COUNTY DEPARTMENT OF CORRECTION
INMATE GRIEVANCE FORM

Main Jail [ ]     Elmwood [ ]
Main Jail South [ ]     DCU [ ]
    WRC [ ]

RETALIATION FOR COMPLAINT

EDWARD GUTIERREZ     01083680     4B-3-99

NATURE OF GRIEVANCE (BRIEFLY AS POSSIBLE): ON 1-22-08 I WENT TO
9:30 AM. PILL CALL. NURSE PAULA ADVISED ME THAT
THERE WAS NO ORDER FOR BUPROPION SHE ALSO
STATED THAT THERE IS NO RECORD OF DISCON-
TINUED MEDICATION. I HAVE BEEN TAKING BUPROPION
FOR SIX TO 8 MONTHS, NURSE PAULA KNOWS ALOT ABOUT
THE MEDICAL DEPARTMENT IF SHE SAYS THERE'S NO RECORD THEN THERE
WHAT SOLUTION ARE YOU RECOMMENDING? PLEASE RETURN PINK COPY FOR COURT RECORDS.

Your Signature: _____ (Do not write below this line. Use additional sheets if necessary)    Date: 1/22/08  Time: 1:30 AM/PM

Received from Inmate on:
Day: TUES  Date: 01/22/08  Time: 1540  Officer: JONES #1597  Team: A

RESPONDING OFFICER'S STATEMENT (Please print): CANNOT RESOLVE AT THIS LEVEL
REFER TO MEDICAL.

[ ] Resolved  [X] Refer to Level II

Officer's Name: _____  Team: _____  Date: ___/___/___

SUPERVISOR'S ACTION: _____

[ ] Resolved  [ ] Refer to Level III

Supervisor's Name: _____  Team: _____  Date: ___/___/___

SHIFT LIEUTENANT REVIEW: [ ] Concur  [ ] Reversed _____

Signature: _____  Date: ___/___/___  Time: _____

SUPERVISOR RESPONSE: Unit Assigned: _____  Date Assigned: ___/___/___

_____  Date: ___/___/___  Time: _____  By: _____

Distribution:  White-Administration  Canary-Inmate (Final Disposition)  Pink-Inmate (Initial Receipt)

*Ind. TIME*

**SANTA CLARA VALLEY**

**ADULT CUSTODY HEALTH SERVICES**

**WHITE CARD / CARTA BLANCA**

Housing/Vivienda __4C-3-33__ RETALIATION BY MEDICAL. 2-21-08

Request to see (Circle One):     Medical    (Mental Health)    Dental
Quiero ver a alguien en (Marque Uno):   Servicios Medicos   Servicios de Salud Mental   Servicios Dental

PFN # __BGJ779__    Booking #/Numero del Registro de Admision __06083690__

Name/Nombre __GUTIERREZ__     __EDWARD__
    Last Name (Apellido Paterno)      First (Nombre de Pila)     Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento __10-23-59__

Reason(s) for Request/Razon(es) de esta peticion: __I HAVE BEEN TAKING BUPROPION FOR 6-8 MONTH. THE MEDICAL DEPT. KEEPS STOPPING THE__

How Long Have You Had This Problem(s)? ¿Por cuanto tiempo ha tenido usted esta problema(s)? __LONG AS 6-8 Mo.__

**NOTE: GIVE THIS FORM ONLY TO A NURSE.**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.**
********** DO NOT WRITE BELOW THIS LINE. NO ESCRIBA ABAJO DE ESTA LINA. **********

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: __2/21/08__    NURSE'S INITIALS: __W__

ASSESSMENT: __2/25/08 __ prob 1040

P   ☐ The following medication(s) may help you and are available through the Commissary/
La siguiente medicina(s) podria ayudarle y estan disponibles en la Comisaria: ___

☐ Physician will review your request / El doctor revisara su peticion ___

☐ MD Appointment Scheduled / Cita para ver al doctor (week of / la semana de) __3/6/08__

☒ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de) __2/6/08__

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de) ___

☐ Mental Health will see you / Departamento de Salud Mental te van a ver ___

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☐ Other Plan of Action / Comments / Otro Plan de Accion ___
__THIS IS NOT UP TO MEDICAL DEPARTMENT. e.4.__
__Accepula cell nurse__

☐ Patient Health Education Provided   Explain: ___

☐ Medical Authorization Form completed    ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated: ___

DATE RESPONSE SENT TO PATIENT ___ RN SIGNATURE ___
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION __2/25/08__ RN SIGNATURE ___

Distribution: White-Medical Record    Pink-Inmate (Initial Receipt)    Yellow-Response to Inmate    Goldenrod-MD Response to Patient

**ADULT CUSTODY HEALTH SERVICES**

**WHITE CARD / CARTA BLANCA**

Housing/Vivienda _HSG. 3N 3 3R_ RETALIATION COMPLAINT REHG. 3N 3 3R Date/Fecha _2-25-08_

Request to see (Circle One):     Medical     (Mental Health)     Dental
Quiero ver a alguien en (Marque Uno):   Servicios Medicos   Servicios de Salud Mental   Servicios Dental

PFN # _B60774_     Booking #/Numero del Registro de Admision _06083690_

Name/Nombre _GUTIERREZ_     _EDWARD_
    Last Name (Apellidoi Paterno)     First (Nombre de Pila)     Middle (Segundo Nombre)

Date of Birth/Fecha de Nacimiento _10-23-59_

Reason(s) for Request/Razon(es) de esta peticion: _BUPROPRION WAS DISCONTINUED AFTER APPROX. 8 MONTHS 'OUT OF NOWHERE'_

How Long Have You Had This Problem(s)? ¿Por cuanto tiempo has tenido usted esta problema(s)? _✓ CHRT._

**NOTE: GIVE THIS FORM ONLY TO A NURSE.**
**NOTICIA: SOLAMENTE DEBE ENTREGAR ESTE FORMULARIO A UNA ENFERMERA.**
********** DO NOT WRITE BELOW THIS LINE. NO ESCRIBA ABAJO DE ESTA LINA. **********

DATE NURSE RECEIVED WHITE CARD FROM PATIENT: _2-25-08_ NURSE'S INITIALS: _PS_

ASSESSMENT: _2/25/09_

P ☐ The following medication(s) may help you and are available through the Commissary/
    La siguiente medicina(s) podria ayudarle y estan disponibles en la Comisaria: _____

☐ Physician will review your request / El doctor revisara su peticion _____

☑ MD appointment Scheduled / Cita para ver al doctor (week of / la semana de) _____

☐ Psych MD Appointment Scheduled / Cita para ver al ciciatra (week of / la semana de) _____

☐ Dental Appointment Scheduled / Cita para ver al dentista (week of / la semana de) _____

☐ Mental Health will see you / Departamento de Salud Mental te van a ver _____

☐ No Sleep Medications are given at the Adult Custody Facilities / El la Custodia de Adultos no dan medicina para dormir.

☐ Other Plan of Action / Comments / Otro Plan de Accion _____
    _THIS IS NOT UP TO MEDICAL DEPARTMENT. E.B._
    _See per RN nurse_

☐ Patient Health Education Provided   Explain: _____

☐ Medical Authorization Form completed     ☐ Medical Wristband completed

☐ Standardized Procedure started; if yes, name(s) of Standardized Procedure(s) initiated: _____

DATE RESPONSE SENT TO PATIENT _____ RN SIGNATURE _____
DATE RESPONSE SENT TO
PATIENT WITH MD INFORMATION _2/25/08_ RN SIGNATURE _____

*EXAMPLE of DIFFICULTIES IN LEGAL RESEARCH...*

**COUNTY OF SANTA CLARA**
**DEPARTMENT OF CORRECTION**
**Captain D. Sepulveda**
**Main Jail Complex Commander**
150 West Hedding Street
San Jose, CA 95110
Phone: (408) 808-2800
Fax:    (408) 971-3358

4B





---

**MEMORANDUM**

*Edward Flores, Chief of Correction*

To:     Edward Gutierrez            Date:    January 17, 2008
        BK#06083690   MJN 4B

From:   Main Jail Administration    Subject:   Legal Research Request

I am in receipt of the LRA form you submitted.  LRA forms are to be used in order to get legal information/material.

I am unable to process your request because:

_____    LRA does NOT provide inmates with address. Request addresses from Friends Outside.

_____    You wrote outside of the Margins or attached a page.

_____    LRA can not give you physical access to the Pro Per Lab (formerly the Law Library).

_____    LRA does **not provide** writing material including stamps to inmates.

_____    You may ONLY request 5 items on each LRA form you complete.

✓    You have previously used this form, please complete a "new" form, if you need more information.

_____    LRA can NOT provide you with specific information regarding your case/s and/or give you case #'s, Discovery packets, transcripts etc.

_____    Other:_____

Thank you,
M:MJProg/LRA/return LRAform
07/07/06_ag

*EXAMPLE*

### SANTA CLARA COUNTY

### LEGAL RESEARCH ASSOCIATES - RESPONSE TO INMATE GRIEVANCE

**Inmate:** Edward Gutierrez

**Booking #:** 06083690

**Grievance No.** 70377

**Grievance Date:** August 7, 2007

**Grievance(s) Received by LRA:** August 15, 2007

**Grievance(s) Response Date:** August 15, 2007

**Response:**

  Mr. Gutierrez complains that LRA did not send him 4 copies of our federal civil rights complaint packet that includes both forms and filing information. He is correct. LRA will send <u>only one</u> copy of any requested packet. If an inmate requires additional copies of the forms she/he must have the copies made at the <u>jail prior to filling them out</u>. Included in each of our packets that include forms there is a Memo advising the inmate to have blank forms copied <u>before</u> filling them out.

  Please contact me if any additional information is required.

Respectfully submitted,

Richard L. Williams, LRA

*EXAMPLE*

# MEMO FROM LEGAL RESEARCH ASSOCIATES

## SANTA CLARA COUNTY

You have requested <u>more than 5 items</u> on this Request Form.

Pursuant to a change in Department of Correction Policy, LRA will only provide the **first 5 items** requested on any Request Form. We have provided these to you.

To obtain the additional items, please complete a separate Request Form for <u>each 5 items</u> you want to receive.

LRA

*EXAMPLE*

# MEMO FROM LEGAL RESEARCH ASSOCIATES (LRA)
# SANTA CLARA COUNTY
# SECONDARY SOURCES

You have requested information from a secondary source that is no longer in print, is not readily available to LRA, is not related to a criminal or civil action, or is not legal in nature.

As a general rule, we do not supply secondary legal materials that are not readily available in our law library. Such materials include, but are not limited to, the following:

➔Board of Prison Terms (BPT) or California Department of Corrections (CDC) D.O.M. (Department Operations Manual);

➔California Digest of Official Reports;

➔CDC violation codes/section numbers;

➔drug/alcohol programs;

➔electoral or legislative histories of bills and/or statutes;

➔historical documents (such as the Declaration of Independence, Lincoln's Emancipation Proclamation, the Magna Carta, etc.);

➔information on rules, policies, and procedures of specific prisons or jails;

➔inmate records such as arrest records, "rap sheets", booking and/or release records, docket and/or case numbers, court transcripts or records, discovery materials (contact your attorney about obtaining copies of your current case materials);

➔judges benchbooks;

➔law review articles and/or publications;

➔legal reference materials published in languages other than English;

➔newspaper or magazine articles or clippings;

➔out-of-state/country statutes, codes, or constitutions;

➔police reports;

➔restatements of law;

➔Santa Clara County Dept. of Corrections and/or jail policies & procedures (P. & P. must be obtained directly from the Department or jail staff);

➔C.J.S.

➔_____

_____

_____

If you repeat your request(s) by specifying the topic(s) you're interested in, we may be able to supply you with information from an alternate source that *is* available to us. Primary materials not readily available, such as federal regulations, early U.S. Supreme Court and California cases, and non-California cases will be supplied as time permits.

EXAMPLE

# MEMO FROM LEGAL RESEARCH ASSOCIATES (LRA)

RE: 1 J. Bishop, Criminal Procedure §§87

The above requested item(s) exceeds the scope of LRA's agreement with your incarcerating facility and will not be provided.

*EXAMPLE*

# MEMO FROM LEGAL RESEARCH ASSOCIATES (LRA)

**RE: Duplicate LRA Request(s)**

You have submitted a request to LRA for the following forms, informational packets, and/or other legal resource materials that you have previously received within the last month:

**Key Digest 230k34(6)**

Please be aware that LRA is not a copy service for inmates. LRA does not provide inmates with multiple copies of cases, statutes, regulations, or informational packets.

If you need duplicate copies of any forms sent by LRA, you should submit those materials to whatever office or organization within your jail that provides copy services. Ask your housing staff for more information. Most jail copy facilities <u>will</u> <u>not</u> make copies of blank forms; all forms sent for copying should at least include both the inmate's printed name and signature (in the appropriate spaces on the forms), and a case number if the court has already assigned one.

If there are special circumstances why you need to obtain the above-mentioned duplicate materials from LRA, instead of submitting a request within your jail for copies, please specify those circumstances by submitting another LRA request form.

*EXAMPLE*

## MEMO FROM LEGAL RESEARCH ASSOCIATES (LRA)
## SANTA CLARA COUNTY
## SECONDARY SOURCES

You have requested information from a secondary source that is no longer in print, is not readily available to LRA, is not related to a criminal or civil action, or is not legal in nature.

As a general rule, we do not supply secondary legal materials that are not readily available in our law library. Such materials include, but are not limited to, the following:

→ Board of Prison Terms (BPT) or California Department of Corrections (CDC) D.O.M. (Department Operations Manual);

→ California Digest of Official Reports;

→ CDC violation codes/section numbers;

→ drug/alcohol programs;

→ electoral or legislative histories of bills and/or statutes;

→ historical documents (such as the Declaration of Independence, Lincoln's Emancipation Proclamation, the Magna Carta, etc.);

→ information on rules, policies, and procedures of specific prisons or jails;

→ inmate records such as arrest records, "rap sheets", booking and/or release records, docket and/or case numbers, court transcripts or records, discovery materials (contact your attorney about obtaining copies of your current case materials);

→ judges benchbooks;

 → law review articles and/or publications;

→ legal reference materials published in languages other than English;

→ newspaper or magazine articles or clippings;

→ out-of-state/country statutes, codes, or constitutions;

→ police reports;

→ restatements of law;

→ Santa Clara County Dept. of Corrections and/or jail policies & procedures (P. & P. must be obtained directly from the Department or jail staff);

→ C.J.S.

→ _____

_____

_____

If you repeat your request(s) by specifying the topic(s) you're interested in, we may be able to supply you with information from an alternate source that *is* available to us. Primary materials not readily available, such as federal regulations, early U.S. Supreme Court and California cases, and non-California cases will be supplied as time permits.

*EXAMPLE*

# MEMO FROM LEGAL RESEARCH ASSOCIATES (LRA)

## INCORRECT OR INCOMPLETE REFERENCE

YOUR REQUEST(S) FOR LEGAL ASSISTANCE, NUMBERED
_YNJ07-3949_ INCLUDES INCOMPLETE OR INCORRECT
REFERENCES/CITATIONS TO A CASE, STATUTE, TOPIC, OR
ARTICLE.  PLEASE CHECK YOUR SOURCES AND, IF STILL
DESIRED, SUBMIT A NEW REQUEST SLIP.

SPECIFICALLY: _Pr, Sandoval  S148917_

_____

_____

_____

### NOTE:

ALL REQUESTS FOR CASES SHOULD INCLUDE AS MANY OF THE
FOLLOWING AS POSSIBLE: FULL CASE NAME ("PEOPLE V.
SMITH"; NOT JUST "SMITH"); YEAR OF THE CASE; FULL CASE
CITATION (EXAMPLE: PEOPLE V. SMITH (1989) 43 CAL.3D 152).  IF
YOU DO NOT KNOW THE YEAR OR CITATION, PLEASE INDICATE
BRIEFLY THE TOPIC OF THE REQUESTED CASE.

ALL REQUESTS FOR STATUTES **MUST** INCLUDE THE NAME (OR
ABBREVIATION) OF THE CODE FOR STATE STAUTES (EXAMPLE:
PENAL CODE (P.C.), VEHICLE CODE (V.C.), ETC.) OR THE TITLE &
SECTION NUMBERS FOR U.S. CODE STATUTES (EXAMPLES:
18 USC §2001; 21 USC §941: 42 USC §1983).

ALL REQUESTS FOR CHAPTERS AND/OR SECTIONS FROM
REFERENCE BOOKS OR VOLUMES SHOULD INCLUDE THE NAME
OF THE REFERENCE WORK.

*EXAMPLE*

## MEMO FROM LEGAL RESEARCH ASSOCIATES (LRA)
## SANTA CLARA COUNTY
## SECONDARY SOURCES

You have requested information from a secondary source that is no longer in print, is not readily available to LRA, is not related to a criminal or civil action, or is not legal in nature.

As a general rule, we do not supply secondary legal materials that are not readily available in our law library. Such materials include, but are not limited to, the following:

➔Board of Prison Terms (BPT) or California Department of Corrections (CDC) D.O.M. (Department Operations Manual);

➔California Digest of Official Reports;

➔CDC violation codes/section numbers;

➔drug/alcohol programs;

➔electoral or legislative histories of bills and/or statutes;

➔historical documents (such as the Declaration of Independence, Lincoln's Emancipation Proclamation, the Magna Carta, etc.);

➔information on rules, policies, and procedures of specific prisons or jails;

➔inmate records such as arrest records, "rap sheets", booking and/or release records, docket and/or case numbers, court transcripts or records, discovery materials (contact your attorney about obtaining copies of your current case materials);

➔judges benchbooks;

➔law review articles and/or publications;

➔legal reference materials published in languages other than English;

➔newspaper or magazine articles or clippings;

➔out-of-state/country statutes, codes, or constitutions;

➔police reports;

➔restatements of law;

➔Santa Clara County Dept. of Corrections and/or jail policies & procedures (P. & P. must be obtained directly from the Department or jail staff);

➔C.J.S.

*Freedman & Hollander Self. of Indictments*

*Marcus - Prosecution of Crim. Conspiracy Cases -*

*CRimLAW 1497*

If you repeat your request(s) by specifying the topic(s) you're interested in, we may be able to supply you with information from an alternate source that *is* available to us. Primary materials not readily available, such as federal regulations, early U.S. Supreme Court and California cases, and non-California cases will be supplied as time permits.

*EXAMPLE*

# MEMO FROM LEGAL RESEARCH ASSOCIATES (LRA)

## INCORRECT OR INCOMPLETE REFERENCE

YOUR REQUEST(S) FOR LEGAL ASSISTANCE, NUMBERED *MJ07-403* INCLUDES INCOMPLETE OR INCORRECT REFERENCES/CITATIONS TO A CASE, STATUTE, TOPIC, OR ARTICLE. PLEASE CHECK YOUR SOURCES AND, IF STILL DESIRED, SUBMIT A NEW REQUEST SLIP.

SPECIFICALLY: *Penal Code 757, 1385.5*

---

**NOTE:**

ALL REQUESTS FOR CASES SHOULD INCLUDE AS MANY OF THE FOLLOWING AS POSSIBLE: FULL CASE NAME ("PEOPLE V SMITH"; NOT JUST "SMITH"); YEAR OF THE CASE; FULL CASE CITATION (EXAMPLE: PEOPLE V. SMITH (1989) 43 CAL.3D 152). IF YOU DO NOT KNOW THE YEAR OR CITATION, PLEASE INDICATE BRIEFLY THE TOPIC OF THE REQUESTED CASE.

ALL REQUESTS FOR STATUTES **MUST** INCLUDE THE NAME (OR ABBREVIATION) OF THE CODE FOR STATE STAUTES (EXAMPLE: PENAL CODE (P.C.), VEHICLE CODE (V.C.), ETC.) OR THE TITLE & SECTION NUMBERS FOR U.S. CODE STATUTES (EXAMPLES: 18 USC §2001; 21 USC §941: 42 USC §1983).

ALL REQUESTS FOR CHAPTERS AND/OR SECTIONS FROM REFERENCE BOOKS OR VOLUMES SHOULD INCLUDE THE NAME OF THE REFERENCE WORK.

*EXAMPLE*

# MEMO FROM LEGAL RESEARCH ASSOCIATES (LRA)

## INCORRECT OR INCOMPLETE REFERENCE

YOUR REQUEST(S) FOR LEGAL ASSISTANCE, NUMBERED
*MS07- 4/0/* INCLUDES INCOMPLETE OR INCORRECT
REFERENCES/CITATIONS TO A CASE, STATUTE, TOPIC, OR
ARTICLE.  PLEASE CHECK YOUR SOURCES AND, IF STILL
DESIRED, SUBMIT A NEW REQUEST SLIP.

SPECIFICALLY: *P V Superior Ct. Supra 14 CAp 4th 918*

_____

_____

_____

## NOTE:

ALL REQUESTS FOR CASES SHOULD INCLUDE AS MANY OF THE
FOLLOWING AS POSSIBLE: FULL CASE NAME ("PEOPLE V
SMITH"; NOT JUST "SMITH"); YEAR OF THE CASE; FULL CASE
CITATION (EXAMPLE: PEOPLE V. SMITH (1989) 43 CAL.3D 152).  IF
YOU DO NOT KNOW THE YEAR OR CITATION, PLEASE INDICATE
BRIEFLY THE TOPIC OF THE REQUESTED CASE.

ALL REQUESTS FOR STATUTES **MUST** INCLUDE THE NAME (OR
ABBREVIATION) OF THE CODE FOR STATE STAUTES (EXAMPLE:
PENAL CODE (P.C.), VEHICLE CODE (V.C.), ETC.) OR THE TITLE &
SECTION NUMBERS FOR U.S. CODE STATUTES (EXAMPLES:
18 USC §2001; 21 USC §941: 42 USC §1983).

ALL REQUESTS FOR CHAPTERS AND/OR SECTIONS FROM
REFERENCE BOOKS OR VOLUMES SHOULD INCLUDE THE NAME
OF THE REFERENCE WORK.

*EXAMPLE*

# MEMO FROM LEGAL RESEARCH ASSOCIATES (LRA)

## INCORRECT OR INCOMPLETE REFERENCE

YOUR REQUEST(S) FOR LEGAL ASSISTANCE, NUMBERED
_MJO7- 4190_____ INCLUDES INCOMPLETE OR ▮▮▮▮▮▮
REFERENCES/▮▮▮▮▮▮ TO A CASE, STATUTE, TOPIC, OR
ARTICLE.  PLEASE CHECK YOUR SOURCES AND, IF STILL
DESIRED, SUBMIT A NEW REQUEST SLIP.

SPECIFICALLY: _People vs Superior Ct. Supra 14 CA 4th 968_
_____
_____
_____

## NOTE:

ALL REQUESTS FOR CASES SHOULD INCLUDE AS MANY OF THE
FOLLOWING AS POSSIBLE: FULL CASE NAME ("PEOPLE V
SMITH"; NOT JUST "SMITH"); ▮▮▮▮▮▮▮▮ FULL CASE
CITATION (EXAMPLE: PEOPLE V. SMITH (1989) 43 CAL.3D 152).  IF
YOU DO NOT KNOW THE YEAR OR CITATION, PLEASE INDICATE
BRIEFLY THE TOPIC OF THE REQUESTED CASE.

ALL REQUESTS FOR STATUTES **MUST** INCLUDE THE NAME (OR
ABBREVIATION) OF THE CODE FOR STATE STAUTES (EXAMPLE:
PENAL CODE (P.C.), VEHICLE CODE (V.C.), ETC.) OR THE TITLE &
SECTION NUMBERS FOR U.S. CODE STATUTES (EXAMPLES:
18 USC §2001; 21 USC §941: 42 USC §1983).

ALL REQUESTS FOR CHAPTERS AND/OR SECTIONS FROM
REFERENCE BOOKS OR VOLUMES SHOULD INCLUDE THE NAME
OF THE REFERENCE WORK.

*EXAMPLE²*

# MEMO FROM LEGAL RESEARCH ASSOCIATES (LRA)

## INCORRECT OR INCOMPLETE REFERENCE

YOUR REQUEST(S) FOR LEGAL ASSISTANCE, NUMBERED
_MS07- 4102_ INCLUDES INCOMPLETE OR INCORRECT
REFERENCES/CITATIONS TO A CASE, STATUTE, TOPIC, OR
ARTICLE.  PLEASE CHECK YOUR SOURCES AND, IF STILL
DESIRED, SUBMIT A NEW REQUEST SLIP.

SPECIFICALLY: _Caljur 3d Criminal Law : ( Rest of Chapter name ) §605_
_AmJur 2nd (Chapter name ) 279 & 29_

## NOTE:

ALL REQUESTS FOR CASES SHOULD INCLUDE AS MANY OF THE
FOLLOWING AS POSSIBLE: FULL CASE NAME ("PEOPLE V
SMITH"; NOT JUST "SMITH"); YEAR OF THE CASE; FULL CASE
CITATION (EXAMPLE: PEOPLE V. SMITH (1989) 43 CAL.3D 152).  IF
YOU DO NOT KNOW THE YEAR OR CITATION, PLEASE INDICATE
BRIEFLY THE TOPIC OF THE REQUESTED CASE.

ALL REQUESTS FOR STATUTES **MUST** INCLUDE THE NAME (OR
ABBREVIATION) OF THE CODE FOR STATE STAUTES (EXAMPLE:
PENAL CODE (P.C.), VEHICLE CODE (V.C.), ETC.) OR THE TITLE &
SECTION NUMBERS FOR U.S. CODE STATUTES (EXAMPLES:
18 USC §2001; 21 USC §941: 42 USC §1983).

ALL REQUESTS FOR CHAPTERS AND/OR SECTIONS FROM
REFERENCE BOOKS OR VOLUMES SHOULD INCLUDE THE NAME
OF THE REFERENCE WORK.

*EXAMPLE.*

# MEMO FROM LEGAL RESEARCH ASSOCIATES

## SANTA CLARA COUNTY

You have requested <u>more than 5 items</u> on this Request Form.

Pursuant to a change in Department of Correction Policy, LRA will only provide the **first 5 items** requested on any Request Form. We have provided these to you.

To obtain the additional items, please complete a separate Request Form for <u>each 5 items</u> you want to receive.

LRA

# INMATE REQUEST FORM

INMATE NAME: _EDWARD GUTIERREZ_    DATE: _1-10-08_

CEN: _06083670_    PFN: _BGJ774_    HOUSING UNIT: _4B 3 34_

## 1. CONTACT REQUEST: OUTSIDE AGENCY

☐ DISTRICT ATTORNEY    ☐ PUBLIC DEFENDER    ☐ ADULT PROBATION    ☐ STATE PAROLE    ☐ OTHER SPECIFY: _____

NATURE OF REQUEST: _____

## 2. CONTACT/INFORMATION: INSIDE FACILITY

| CLASSIFICATION SECTION | INMATE SERVICE DIRECTOR | PROGRAMS DIRECTOR | ADMINISTRATIVE BOOKING | OTHER |
|---|---|---|---|---|
| ☐ REHOUSING | ☐ COMMISSARY | ☐ LAW LIBRARY | ☐ RELEASE DATE | ☐ CHAPLAIN |
| ☐ TRUSTEE | ☐ MONEY ACCOUNT | ☐ A.A. | ☐ CHARGES | ☐ FOOD SERVICE |
| ☐ RECLASS. | ☐ MAIL | ☒ FRIENDS OUTSIDE | ☐ BAIL | ☐ BAIL BONDS |
| ☐ WWP | ☐ LOST PROPERTY | ☐ OTHER: SPECIFY BELOW | ☐ NEXT COURT DATE | ☐ OTHER: SPECIFY BELOW |
| ☐ PSP | ☐ LOST CLOTHING | | | |

NATURE OF REQUEST: I WOULD LIKE TO KNOW WHAT THE PROCEDURES ARE FOR FRIENDS OUTSIDE IN MAKING COPIES. THE COPIES I HAD MADE TODAY WERE SENT BACK TO ME BY SEVERAL DIFFERENT HANDS. MY COPIES WERE SITTING OUT ON THE TABLE WHILE THE NURSE WROTE ON HER PAPERS ON TOP OF THE ENVELOPE CONTAINING MY LEGAL COPIES. WHAT ARE THE PROCEDURES?

## 3. ACTION TAKEN/RESPONSE

☐ RESPONSE BELOW    ☐ REQUEST FORWARDED OUTSIDE FACILITY    ☐ REQUEST DENIED SEE EXPLANATION    ☐ CANNOT BE ACTED ON AT THIS TIME.

☐ PREVIOUS REQUEST IN PROGRESS

EXPLANATION/RESPONSE: _____

SIGNATURE: _____    BADGE #: _2080_    DATE: _1/11/08_    TIME: _1240_

ORIGINAL-RECORD FILE    CANARY-RETURN TO INMATE AFTER ACTION    PINK-RETURNED TO INMATE    808900

Clerk, US District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

CASE NO. C07-4251 MMC (JRR)

Edward Gutierrez
06083690 BGJ774
885 North San Pedro
San Jose, CA 95110