| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| Edward Gutierrez=860774/06083690<br>885 N San Pedro St<br>San Jose, CA 95110<br>E-MAIL | FAX | FILED<br>08 APR 21 PM 2: 16<br>U.S. DISTRICT COURT<br>DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name): **IN PROPRIA PERSONA** | | |

| United States District Court - unknown | | |
|---|---|---|
| STREET ADDRESS: | 450 Golden Gate Ave, 16 fl | |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: | San Francisco, CA 94102 | |
| BRANCH NAME: | unknown | |

| PLAINTIFF: | Edward Gutierrez | CASE NUMBER: |
|---|---|---|
| DEFENDANT: | Santa Clara County Department Of Correct | C074251MMCPR |
| | **PROOF OF SERVICE** | FILE NUMBER<br>2008767600 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):   **SUBPEONA IN A CIVIL CASE**

3. a. Party served:   **Santa Clara County Department of Correction**

4. Address where party was served:   **150 W Hedding St**
   **San Jose, CA 95110**

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 4/14/2008 (2)at: 11:35 AM.

7. Person who served papers:
   a. Name: **R. Vrscaj, LP Officer**
   b. Address: **Office of the Sheriff-Civil Division 55 W Younger Ave San Jose, CA 95110**
   c. Telephone number: **(408) 808-4800**
   d. The fee for service was: **$0.00 (Waived)**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: April 15, 2008

Sheriff's Authorized Agent
Laurie Smith, Sheriff

Hearing: **5/19/2008 1:30 PM Dept/Div: 00**

Judicial Council form POS-010     Original     97617